**Fill in this information to identify the case:**

Debtor name **Half Price Hot Tubs, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ **128,974.02** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ **128,974.02** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ **47,336.53** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ **771,054.76** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ **3,767,331.36** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ **4,585,722.65** |

**Fill in this information to identify the case:**

Debtor name **Half Price Hot Tubs, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizens Bank** | **Checking** | **5444** | **$0.00** |
| 3.2. | **Citizens Bank** | **Checking** | **7064** | **$0.00** |
| 3.3. | **Citizens Bank** | **Checking** | **9118** | **$0.00** |
| 3.4. | **Wells Fargo** | **Checking** | **8276** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$0.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

Debtor **Half Price Hot Tubs, LLC** Case number *(If known)*
Name

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit for Boothwyn, PA location held by Aston Property Owner, LLC** | **$11,616.13** |
| 7.2. | **Security Deposit for Reading Jacuzzi location held by Sinking Springs Associates, L.P.** | **$3,533.00** |
| 7.3. | **Security Deposit for Cherry Hill, NJ location held by 2110 Route 70 LLC** | **$5,736.59** |
| 7.4. | **Security Deposit for Denver Warehouse Fox Street location held by Burlington Investments, LLC** | **$11,248.97** |
| 7.5. | **Security Deposit for Co-Centennial location held by Southglenn Property Holdings, LLC** | **$10,005.68** |
| 7.6. | **Security Deposit for Colorado Springs location held by NDC West** | **$3,816.25** |
| 7.7. | **Security Deposit for Bethlehem, PA location held by BRE DDR IVA Southmont PA LLC** | **$18,517.40** |
| 7.8. | **Security Deposit for Brookhaven, PA location held by Cambridge Partnership** | **$7,000.00** |
| 7.9. | **Security Deposit for Eddystone, PA location held by EIP Limited Partnership** | **$28,500.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** **$99,974.02**
Add lines 7 through 8. Copy the total to line 81.

Part 3: **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: ____ face amount - ____ doubtful or uncollectible accounts = ....

Debtor **Half Price Hot Tubs, LLC** Case number *(If known)*
Name

11b. Over 90 days old: ______ face amount - ______ doubtful or uncollectible accounts =.... ______

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. ______

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership

15.1. ______ ______ %

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. ______

17. **Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

Debtor **Half Price Hot Tubs, LLC** Case number *(If known)*
Name

| | | | | |
|---|---|---|---|---|
| **Hot tubs, saunas, outdoor kitchens** | **9/8/2026** | **$250,000.00** | **Recent cost** | **$0.00** |

22. **Other inventory or supplies**

| | | | | |
|---|---|---|---|---|
| **Parts** | **9/8/2026** | **$50,000.00** | **Recent cost** | **$0.00** |

23. **Total of Part 5.** **$0.00**

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

Debtor **Half Price Hot Tubs, LLC** Case number *(If known)*
Name

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desks, file cabinets, chairs, retail fixtures** | **$10,000.00** | **Recent cost** | **$0.00** |
| 40. | **Office fixtures**<br>**Warehouse Racks** | **$1,000.00** | | **$0.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers, telephones** | **$5,000.00** | **Recent cost** | **$0.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.** **$0.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

Debtor **Half Price Hot Tubs, LLC** Case number *(If known)*
Name

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2021 Ford Transit T-250 (VIN # 1FTBR1C8XLKB58036)** | **$0.00** | | **$15,000.00** |
| 47.2. | **2015 Ford Transit T-250 (VIN #1FTNR2XV7FKA93086)** | **$7,500.00** | | **$0.00** |
| 47.3. | **2018 Ford Transit Van (VIN # 1FTYR2CM4JKA10958)** | **$0.00** | | **$0.00** |
| 47.4. | **2020 Ford Transit T-250 (VIN #1FTBR3X85LKB46690)** | **$0.00** | | **$0.00** |
| 47.5. | **2016 Toyota Tundra (VIN #5TFUY5F19GX580745)** | **$0.00** | | **$14,000.00** |
| 47.6. | **2023 Cadillac CT5 (VIN #1G6DS5RW6P0149185)** | **$0.00** | | **$0.00** |
| 47.7. | **2022 Dodge Ram 2500 (VIN # 3C6UR5CL0NG202941)** | **$35,000.00** | | **$0.00** |
| 47.8. | **2022 Toyota Tundra (VIN# 5TFLA5DB6NX009867)** | **$0.00** | | **$0.00** |
| 47.9. | **2022 Toyota Tacoma (VIN #3TMCZ5AN1NM488616)** | **$0.00** | | **$0.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **Yale Fork lift** | **$5,000.00** | | **$0.00** |
| | **Forklift - Hyster Lifttruck H50CT (Serial #A274V03005L)** | **$5,000.00** | | **$0.00** |
| | **2003 16' Trailer (VIN #4JADS2221WG000049)** | **Unknown** | | **$0.00** |

Debtor **Half Price Hot Tubs, LLC** Case number *(If known)*
Name

| | | | |
|---|---|---|---|
| **2022 Spa Dolly (VIN #4MKD1111X3H001944)** | **Unknown** | | **$0.00** |
| **2018 Spa Dolly (VIN #4MKD21115JH004633)** | **Unknown** | | **$0.00** |
| **2023 Spa Dolly (VIN #4MKD21111PH005559)** | **Unknown** | | **$0.00** |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$29,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. | | | | |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

Debtor **Half Price Hot Tubs, LLC** Case number *(If known)*
Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

**Current value of debtor's interest**

Debtor **Half Price Hot Tubs, LLC** Case number *(If known)*
Name

71. **Notes receivable**
Description (include name of obligor)

Total face amount - doubtful or uncollectible amount =

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

Tax year

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Nature of claim**
**Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**
**Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC**
Name

Case number *(If known)*

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$0.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$99,974.02** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$29,000.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.....................................................................................**>** | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | **+** **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$128,974.02** | **+** 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$128,974.02** |

**Fill in this information to identify the case:**

Debtor name **Half Price Hot Tubs, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Ally Financial**
Creditor's Name
**Ally Invest**
**PO Box 30248**
**Charlotte, NC 28230**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/1/18**
**Last 4 digits of account number**
**5021**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2018 Ford Transit Van (VIN # 1FTYR2CM4JKA10958)**

**Describe the lien**
**Auto Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$10,512.00**
Column B: **$0.00**

---

**2.2 Ally Financial**
Creditor's Name
**Ally Invest**
**PO Box 30248**
**Charlotte, NC 28230**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/1/20**
**Last 4 digits of account number**
**4490**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2020 Ford Transit T-250 (VIN #1FTBR3X85LKB46690)**

**Describe the lien**
**Auto Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$8,921.00**
Column B: **$0.00**

Debtor **Half Price Hot Tubs, LLC** Case number (if known)

Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **CT Corporation System, as Representative**
Creditor's Name
**300 N. Brand Blvd., Suite 700**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7.10.25**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC No. 20250710198370 filed 7.10.25 in Pennsylvania on behalf of unknown entity**

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

---

2.4 **CT Corporation System, as Representative**
Creditor's Name
**300 N. Brand Blvd., Suite 700**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9.2.25**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC No. 20250902246970 filed 9.2.25 in Pennsylvania on behalf of unknown entity**

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

---

2.5 **Financial Agent Services**
Creditor's Name
**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC 20240116010117 filed 1.16.24 in Pennsylvania obo unknown entity**

**Describe the lien**
**UCC**

**Unknown** **Unknown**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1.16.24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **Financial Agent Services**
Creditor's Name
**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC 20240206024452 filed 2.6.24 in Pennsylvania obo unknown entity**

**Unknown** **Unknown**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2.6.24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 **First Corporate Solutions**
Creditor's Name
**As representative**
**914 S. Street**
**Sacramento, CA 95811**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC 20230322055151 filed 3.22.23 in Pennsylvania obo unknown entity**

**Unknown** **Unknown**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3.22.23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

**2.8 GM Financial** — Creditor's Name

**801 Cherry St., Suite 3500**
**Fort Worth, TX 76102**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Cadillac CT5 (VIN #1G6DS5RW6P0149185)**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,978.00** **$0.00**

---

**2.9 Toyota Financial** — Creditor's Name

**PO Box 22171**
**Tempe, AZ 85285**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/1/22**

**Last 4 digits of account number**
**5291**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Toyota Tundra (VIN# 5TFLA5DB6NX009867)**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,322.73** **$0.00**

---

**2.10 Toyota Financial** — Creditor's Name

**PO Box 22171**
**Tempe, AZ 85285**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/1/22**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2022 Toyota Tacoma (VIN #3TMCZ5AN1NM488616)**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$9,602.80** **$0.00**

**5653**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.11 **US Small Business Administration**
Creditor's Name

**2 North Street, Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8.6.20**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**UCC 2020080602201 filed on 8.6.2020 (initial); 20250718207345 filed on 7.18.25 (continuation)**

**Unknown** **Unknown**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$47,336.53**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Half Price Hot Tubs, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Allison Devito**<br>**64 Mohawk Dr**<br>**Richboro, PA 18954** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,103.12** | **$1,103.12** |
| | Date or dates debt was incurred<br>**4.10.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Ann Gillette**<br>**4002 Tamarind Dr**<br>**Bethlehem, PA 18020** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17,474.00** | **$3,800.00** |
| | Date or dates debt was incurred<br>**6.30.25** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

2.3 Priority creditor's name and mailing address
**Anthony Dilorenzo**
**4695 Park Ln**
**Aston, PA 19014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,042.70** **$1,042.70**

Date or dates debt was incurred
**11.17.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.4 Priority creditor's name and mailing address
**Benjamin N. Stow**
**18 Independence Ct**
**Marcus Hook, PA 19061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,655.00** **$3,800.00**

Date or dates debt was incurred
**7.26.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.5 Priority creditor's name and mailing address
**Bill Bear**
**2500 Creekside Dr**
**Lansdale, PA 19446**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,267.70** **$1,267.70**

Date or dates debt was incurred
**1.9.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.6 Priority creditor's name and mailing address
**Bill Phillips**
**304 Knollwood Dr**
**Easton, PA 18040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$29,986.00** **$3,800.00**

Date or dates debt was incurred
**5.15.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

2.7 Priority creditor's name and mailing address
**Bob Hauser**
**165 Steiner Way**
**Perkiomenville, PA 18074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,171.00** **$3,800.00**

Date or dates debt was incurred
**7.22.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.8 Priority creditor's name and mailing address
**Bob Heath**
**7030 Upper York Rd.**
**New Hope, PA 18938**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00** **$500.00**

Date or dates debt was incurred
**2.21.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.9 Priority creditor's name and mailing address
**Bob Schultz**
**30 Chipmunk Ln**
**Media, PA 19063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$241.47** **$241.47**

Date or dates debt was incurred
**1.31.26**

Basis for the claim:
**Product Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.10 Priority creditor's name and mailing address
**Bordson**
**2752 Allegheny Dr**
**Blakeslee, PA 18610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00** **$500.00**

Date or dates debt was incurred
**12.12.24**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

| | | | | |
|---|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address<br>**Brian James**<br>**329 Ware Road**<br>**Newark, DE 19711** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,000.00** | **$3,800.00** |
| | Date or dates debt was incurred<br>**7.15.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.12 | Priority creditor's name and mailing address<br>**Bruce Tinor**<br>**2805 English Ln**<br>**Whitehall, PA 18052** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,906.94** | **$1,906.94** |
| | Date or dates debt was incurred<br>**4.6.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.13 | Priority creditor's name and mailing address<br>**Bryan Seidl**<br>**63 Downing Dr**<br>**Reading, PA 19610** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100.00** | **$100.00** |
| | Date or dates debt was incurred<br>**2025** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.14 | Priority creditor's name and mailing address<br>**Christy Mitchell**<br>**2790 Telluride Dr**<br>**Colorado Springs, CO 80918** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,200.00** | **$1,200.00** |
| | Date or dates debt was incurred<br>**5.13.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

| | | | | |
|---|---|---|---|---|
| 2.15 | Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**P.O. Box 17087**<br>**Denver, CO 80217-0087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,195.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **8329**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.16 | Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**P.O. Box 17087**<br>**Denver, CO 80217-0087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll Tax** | | |
| | Last 4 digits of account number **5358**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.17 | Priority creditor's name and mailing address<br>**Damon Wheeler**<br>**1005 Rhoades Ave**<br>**Clifton Heights, PA 19018** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,276.70** | **$3,800.00** |
| | Date or dates debt was incurred<br>**4.14.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.18 | Priority creditor's name and mailing address<br>**David Sutula**<br>**40 Woodside Dr**<br>**Easton, PA 18042** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22,363.40** | **$3,800.00** |
| | Date or dates debt was incurred<br>**12.7.25** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

2.19 Priority creditor's name and mailing address
**David Wilson**
**22 Bennington Rd**
**Annandale, NJ 08801**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,562.00** **$3,800.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1026**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.20 Priority creditor's name and mailing address
**Deb Bertonazzi**
**5575 Genoa Ave**
**Vineland, NJ 08361**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,041.70** **$1,041.70**

Date or dates debt was incurred
**8.8.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.21 Priority creditor's name and mailing address
**Dominick Lafauci**
**220 Benjamin Franklin Pkwy**
**Unit S1005**
**Philadelphia, PA 19130**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,900.00** **$1,900.00**

Date or dates debt was incurred
**6.14.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.22 Priority creditor's name and mailing address
**Ed Winters**
**225 Autumn Dr**
**Bangor, PA 18013**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,414.00** **$3,800.00**

Date or dates debt was incurred
**6.6.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Half Price Hot Tubs, LLC**
Name

Case number (if known)

2.23 Priority creditor's name and mailing address
**Gavin Jones**
**285 E Deer Trail Rd**
**Clayton, DE 19938**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$995.00** **$995.00**

Date or dates debt was incurred
**7.12.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.24 Priority creditor's name and mailing address
**Gina Giarratana**
**558 State Rd**
**Coopersburg, PA 18036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00** **$500.00**

Date or dates debt was incurred
**2.28.23**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.25 Priority creditor's name and mailing address
**Heidi Page**
**440 Spring St**
**Colorado Springs, CO 80905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,200.00** **$1,200.00**

Date or dates debt was incurred
**12.25.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.26 Priority creditor's name and mailing address
**Internal Revenue Service**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$101,232.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**941 Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

2.27 Priority creditor's name and mailing address
**Internal Revenue Service**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**940 Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.28 Priority creditor's name and mailing address
**Internal Revenue Service**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**1040-Personal/Business**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.29 Priority creditor's name and mailing address
**Jason Douglass**
**204 Philellena Rd**
**Cherry Hill, NJ 08034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,836.00** **$0.00**

Date or dates debt was incurred
**12.8.24**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.30 Priority creditor's name and mailing address
**Jay Golde**
**29 Manorhouse Dr**
**Cherry Hill, NJ 08003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,863.00** **$3,800.00**

Date or dates debt was incurred
**7.25.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

2.31 Priority creditor's name and mailing address
**Jeff Mastronar**
**209 Marie Rd**
**West Chester, PA 19380**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,254.70** **$1,254.70**

Date or dates debt was incurred
**3.25.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.32 Priority creditor's name and mailing address
**Jeniffer Coughlin**
**6643 N. Windfield Ave**
**Parker, CO 80134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$600.00** **$600.00**

Date or dates debt was incurred
**10.3.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.33 Priority creditor's name and mailing address
**Joe Greim**
**210 N. Middletown Rd**
**Media, PA 19063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,709.10** **$3,800.00**

Date or dates debt was incurred
**11.11.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.34 Priority creditor's name and mailing address
**Joe Hackathorne**
**17374 Crimson Clover Dr**
**Monument, CO 80132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,200.00** **$3,800.00**

Date or dates debt was incurred
**3.7.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC**
Name
Case number (if known)

| | | | | |
|---|---|---|---|---|
| 2.35 | Priority creditor's name and mailing address<br>**Joe Nagel**<br>**PO Box 1724**<br>**Butler, PA 16003** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred<br>**6.3.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.36 | Priority creditor's name and mailing address<br>**Joel Tarantino**<br>**477 Federal City Rd**<br>**Pennington, NJ 08534** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,497.35** | **$3,800.00** |
| | Date or dates debt was incurred<br>**11.28.25** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.37 | Priority creditor's name and mailing address<br>**Jose Batista**<br>**112 Aldin Rd**<br>**Stewartsville, NJ 08886** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
| | Date or dates debt was incurred<br>**1.25.25** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.38 | Priority creditor's name and mailing address<br>**Joseph Gaffney**<br>**2217 Andrew Dr**<br>**Easton, PA 18040** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
| | Date or dates debt was incurred<br>**4.20.25** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

| | | | | |
|---|---|---|---|---|
| 2.39 | Priority creditor's name and mailing address<br>**Justin Bittner**<br>**14 N. Market St**<br>**Gibbstown, NJ 08027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,200.00** | **$2,200.00** |
| | Date or dates debt was incurred<br>**4.526** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.40 | Priority creditor's name and mailing address<br>**Kamil Wyrzykowski**<br>**9 Edgewood Dr**<br>**Holmdel, NJ 07733** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$26,656.25** | **$3,800.00** |
| | Date or dates debt was incurred<br>**4.8.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.41 | Priority creditor's name and mailing address<br>**Karl Venneberg**<br>**2302 Merlot Drive**<br>**Colorado Springs, CO 80918** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,321.00** | **$1,321.00** |
| | Date or dates debt was incurred<br>**5.13.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.42 | Priority creditor's name and mailing address<br>**Keith Chapman**<br>**11742 Braun Way**<br>**Conifer, CO 80433** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
| | Date or dates debt was incurred<br>**8.14.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

| | | | | |
|---|---|---|---|---|
| 2.43 | Priority creditor's name and mailing address<br>**Keith Juvera**<br>**6650 Vincent Frontage Road 140**<br>**Colorado Springs, CO 80918** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
| | Date or dates debt was incurred<br>**2024** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.44 | Priority creditor's name and mailing address<br>**Kelly Rohrer**<br>**433 Hickory Ave**<br>**Penns Grove, NJ 08069** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,374.00** | **$3,800.00** |
| | Date or dates debt was incurred<br>**8.8.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.45 | Priority creditor's name and mailing address<br>**Kevan Iffrig**<br>**2690 Merion Dr**<br>**Center Valley, PA 18034** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,727.00** | **$3,800.00** |
| | Date or dates debt was incurred<br>**6.19.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.46 | Priority creditor's name and mailing address<br>**Kip Baker**<br>**5984 High Noon Ave**<br>**Colorado Springs, CO 80923** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,241.39** | **$3,800.00** |
| | Date or dates debt was incurred<br>**3.21.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

2.47 Priority creditor's name and mailing address
**Landon Nau**
**869 W. Blakeland Dr**
**Pueblo, CO 81007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$800.00** **$800.00**

Date or dates debt was incurred
**11.25.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.48 Priority creditor's name and mailing address
**Lee Edsill**
**1107 Paine Rd**
**Ambler, PA 19002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12,485.00** **$3,800.00**

Date or dates debt was incurred
**2.5.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.49 Priority creditor's name and mailing address
**Linda Kerstetter**
**648 Martin Dr**
**Avondale, PA 19311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,946.00** **$3,800.00**

Date or dates debt was incurred
**5.22.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.50 Priority creditor's name and mailing address
**Lou Sargent**
**2 North Forest Hills**
**Downingtown, PA 19335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$49,476.00** **$3,800.00**

Date or dates debt was incurred
**8.14.24**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

2.51 Priority creditor's name and mailing address
**Louis Taylor**
**3524 Hopkins Dr**
**Wilmington, DE 19808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,000.00** **$3,800.00**

Date or dates debt was incurred
**11.24.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.52 Priority creditor's name and mailing address
**Matt Burnell**
**7562 S Vine St**
**Littleton, CO 80122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$400.00** **$400.00**

Date or dates debt was incurred
**6.13.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.53 Priority creditor's name and mailing address
**Matthew Empfield**
**220 Thomas Hll Rd**
**Fombell, PA 16123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,641.00** **$3,800.00**

Date or dates debt was incurred
**12.30.24**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.54 Priority creditor's name and mailing address
**Michael Higgin**
**937 Woods Rd**
**Bear, DE 19701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00** **$500.00**

Date or dates debt was incurred
**1.15.23**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

2.55 Priority creditor's name and mailing address
**Michael Smith**
**8030 Dorcas St**
**Philadelphia, PA 19152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,340.83** **$1,340.83**

Date or dates debt was incurred
**5.18.26**

Basis for the claim:
**Product Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.56 Priority creditor's name and mailing address
**Mike Bongiorno**
**115 Marlin Ave**
**Folsom, PA 19033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,474.00** **$3,800.00**

Date or dates debt was incurred
**4.5.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.57 Priority creditor's name and mailing address
**Misti Eisenhauer**
**3262 Montebello Dr. W**
**Colorado Springs, CO 80918**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,176.00** **$3,800.00**

Date or dates debt was incurred
**7.9.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.58 Priority creditor's name and mailing address
**Pa Department of Revenue**
**Dept of Labor & Industry**
**110 N. 8th St., Suite 203**
**Philadelphia, PA 19107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$16,649.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax**

Last 4 digits of account number **5358**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

2.59 Priority creditor's name and mailing address
**PA Dept of Revenue**
**1131 Strawberry Square**
**Harrisburg, PA 17128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$41,047.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **8953**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.60 Priority creditor's name and mailing address
**PA Dept of Revenue**
**1131 Strawberry Square**
**Harrisburg, PA 17128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,639.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee Withholding Tax**

Last 4 digits of account number **2569**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.61 Priority creditor's name and mailing address
**Patrick McEvoy**
**2339 Overlook Dr**
**Bethlehem, PA 18017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,526.00** **$3,526.00**

Date or dates debt was incurred
**11.15.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.62 Priority creditor's name and mailing address
**Phil and Lisa Davidson**
**1900 Chautauqua Trail**
**Malvern, PA 19355**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,000.00** **$2,000.00**

Date or dates debt was incurred
**2.22.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

2.63 Priority creditor's name and mailing address
**Phil Low**
**2434 S. Yank Circle**
**Denver, CO 80228**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,068.75** **$1,068.75**

Date or dates debt was incurred
**2.9.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.64 Priority creditor's name and mailing address
**Ravi and Carrie Samy**
**2625 Stonewall Dr**
**Center Valley, PA 18034**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,476.04** **$3,800.00**

Date or dates debt was incurred
**10.19.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.65 Priority creditor's name and mailing address
**Ravi and Carrie Samy**
**2625 Stonewall Dr**
**Center Valley, PA 18034**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,476.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Payment for Hot Tub ordered but not received**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.66 Priority creditor's name and mailing address
**Richard Taylor**
**204 Glenwood Ave**
**Wilmington, DE 19803**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,000.00** **$3,800.00**

Date or dates debt was incurred
**7.3.26**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

2.67 Priority creditor's name and mailing address
**Richard Toomey**
**2717 W. 13th St.**
**Greeley, CO 80634**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred
**3.12.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.68 Priority creditor's name and mailing address
**Robin Bachelet**
**304 Camino Real**
**Fort Collins, CO 80524**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$860.00** **$860.00**

Date or dates debt was incurred
**6.26.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.69 Priority creditor's name and mailing address
**Ronit Lodd**
**1942 Broadway St**
**Boulder, CO 80302**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,790.00** **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Deposit for hot tub**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.70 Priority creditor's name and mailing address
**Ryan Moberly**
**11094 Tranquil Water Dr**
**Colorado Springs, CO 80908**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$982.39** **$982.39**

Date or dates debt was incurred
**6.26.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

2.71 Priority creditor's name and mailing address
**Sage Soronen**
**9794 W Maryland Dr**
**Denver, CO 80232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$310.00** **$310.00**

Date or dates debt was incurred
**3.5.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.72 Priority creditor's name and mailing address
**Sarah DeVore**
**5526 W 72nd Pl**
**Arvada, CO 80003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$605.24** **$605.24**

Date or dates debt was incurred
**3.20.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.73 Priority creditor's name and mailing address
**Scot Stambaugh**
**7044 Blue Hill Rd**
**Glenville, PA 17329**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$17,495.00** **$3,800.00**

Date or dates debt was incurred
**7.12.26**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.74 Priority creditor's name and mailing address
**Shae Robinson**
**13511 Northgate Estate Dr., #110**
**Colorado Springs, CO 80921**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,441.00** **$1,441.00**

Date or dates debt was incurred
**8.2.26**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

2.75 Priority creditor's name and mailing address
**Shane Campbell**
**25 Wellesley Rd**
**Swarthmore, PA 19081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$27,854.70** **$3,800.00**

Date or dates debt was incurred
**4.16.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.76 Priority creditor's name and mailing address
**Shannon Richardson**
**30 Golf Gate Ln**
**Colorado Springs, CO 80906**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$195.00** **$195.00**

Date or dates debt was incurred
**3.11.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.77 Priority creditor's name and mailing address
**Sharon Lawson England**
**501 Apple HIll Dr**
**Easton, PA 18040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,700.00** **$1,700.00**

Date or dates debt was incurred
**2024**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.78 Priority creditor's name and mailing address
**Sheri Hazelloop**
**1685 Fawnwood Rd**
**Monument, CO 80132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,047.00** **$1,047.00**

Date or dates debt was incurred
**6.2.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

2.79 Priority creditor's name and mailing address
**State Of New Jersey**
**New Jersey Division of Taxation**
**P.O. Box 190**
**Trenton, NJ 08695**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$65,133.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**S&U-Sls tax**

Last 4 digits of account number **5358**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.80 Priority creditor's name and mailing address
**State Of New Jersey**
**New Jersey Division of Taxation**
**P.O. Box 190**
**Trenton, NJ 08695**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**GIT-ER**

Last 4 digits of account number **5358**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.81 Priority creditor's name and mailing address
**Stephen Arnold**
**905 Navajo Dr**
**Florissant, CO 80816**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$800.00** **$800.00**

Date or dates debt was incurred
**11.17.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.82 Priority creditor's name and mailing address
**Styslinger**
**35 Westminster Lane**
**Phoenixville, PA 19460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00** **$500.00**

Date or dates debt was incurred
**4.6.24**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

| | | | | |
|---|---|---|---|---|
| 2.83 | Priority creditor's name and mailing address<br>**Teresa Tobey**<br>**1272 PA-940**<br>**Pocono Lake, PA 18347** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,114.00** | **$3,800.00** |
| | Date or dates debt was incurred<br>**5.2.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.84 | Priority creditor's name and mailing address<br>**Terry Hagerman**<br>**2422 Hagerman St**<br>**Colorado Springs, CO 80904** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,617.59** | **$1,617.59** |
| | Date or dates debt was incurred<br>**6.4.25** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.85 | Priority creditor's name and mailing address<br>**Tiffany Severson**<br>**5525 Coyote Lane**<br>**Peyton, CO 80831** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,049.00** | **$1,049.00** |
| | Date or dates debt was incurred<br>**7.18.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.86 | Priority creditor's name and mailing address<br>**Tim Sage**<br>**14 Yorktown Dr**<br>**Marlton, NJ 08053** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,993.00** | **$3,800.00** |
| | Date or dates debt was incurred<br>**6.6.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

2.87 Priority creditor's name and mailing address
**Todd Meyers**
**887 Panoramic Dr**
**Monument, CO 80132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$300.00** **$300.00**

Date or dates debt was incurred
**9.17.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.88 Priority creditor's name and mailing address
**Tracy Harpe**
**3 Floyd Cir**
**Middletown, DE 19709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00** **$500.00**

Date or dates debt was incurred
**9.8.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.89 Priority creditor's name and mailing address
**Turnstone Custom Homes**
**37395 Oyster House Rd**
**Rehoboth Beach, DE 19971**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,488.00** **$3,800.00**

Date or dates debt was incurred
**2.11.26**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.90 Priority creditor's name and mailing address
**Tyler Chytraus**
**2335 N. Fire Ln**
**Vincentown, NJ 08088**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,148.70** **$1,148.70**

Date or dates debt was incurred
**5.29.26**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

2.91 Priority creditor's name and mailing address
**Wail Hashimi**
**13680 Eureka Ranch Trail**
**Salida, CO 81201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$703.00** **$703.00**

Date or dates debt was incurred
**2.3.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**2110 Route 70 LLC**
**Markeim Chalmers Inc.**
**2110 Route 70 E**
**Cherry Hill, NJ 08034**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** lawsuit
Is the claim subject to offset? ■ No ☐ Yes

**$70,821.31**

3.2 **Nonpriority creditor's name and mailing address**
**Alderfer Glass Company**
**144 Telford Pike**
**Telford, PA 18969**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3 **Nonpriority creditor's name and mailing address**
**Alice Farino**
**6 Chalfont St**
**Riverton, NJ 08077**
**Date(s) debt was incurred** 3.19.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

**$1,490.00**

3.4 **Nonpriority creditor's name and mailing address**
**Amy Daub**
**155 Weaver Rd**
**Zionsville, PA 18092**
**Date(s) debt was incurred** 7.14.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

**$842.70**

3.5 **Nonpriority creditor's name and mailing address**
**Andrea Lycette**
**5230 Skyview Dr**
**Coopersburg, PA 18036**
**Date(s) debt was incurred** 11.9.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

**$1,490.00**

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Anthoney Dicioccio**<br>**714 Sussex Rd**<br>**Wynnewood, PA 19096**<br>**Date(s) debt was incurred** 2.9.26<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,190.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Audacy, Inc.**<br>**2400 Market St., 4th Fl**<br>**Philadelphia, PA 19103**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$47,940.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Ben & Linnea Chapman**<br>**6855 Snowbird Dr.**<br>**Colorado Springs, CO 80918**<br>**Date(s) debt was incurred** 2.2.25<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Betsy Scott**<br>**9 Twaddell Mill Rd**<br>**Wilmington, DE 19807**<br>**Date(s) debt was incurred** 11.13.25<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,490.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Biberk Insurance Services**<br>**1314 Douglas St., #1400**<br>**Omaha, NE 68102**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 7246 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Bill Mckee**<br>**1340 N. Avignon Dr**<br>**Gladwyne, PA 19035**<br>**Date(s) debt was incurred** 7.24.26<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Product Owed<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,460.40** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Blaise Belfiore**<br>**17071 S. Rand St., Unit 5305**<br>**Lewes, DE 19958**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

3.13 **Nonpriority creditor's name and mailing address**
**BlueGrace Logistics**
**Dept 108**
**PO Box 4964**
**Houston, TX 77210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$509.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**Bluevine Financial**
**30 Montgomery St., Suite 1400**
**Jersey City, NJ 07302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$56,704.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**Bob Skow**
**910 Union Church Rd**
**Townsend, DE 19734**
**Date(s) debt was incurred** 2.25.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,118.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**Bob Steiner**
**1263 Stackhouse Mill Rd**
**Newtown Square, PA 19073**
**Date(s) debt was incurred** 3.16.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,737.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
**Bramblewood 89 LLC**
**40 Morris Avenue, Suite 150**
**Bryn Mawr, PA 19010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** lawsuit
Is the claim subject to offset? ■ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
**Brooke Watson**
**460 Kirck Rd**
**Elkton, MD 21921**
**Date(s) debt was incurred** 2.3.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
**Burlington Investments LLC**
**c/o DMS Management LLC**
**1720 S. Bellaire St, Suite 200**
**Denver, CO 80216**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$81,991.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** lease
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

3.20 **Nonpriority creditor's name and mailing address**
**Business Law**
**90 S. Cascade Ave., Suite 400**
**80903**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$727.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
**Cambridge Partnership Holdings, LLC**
**9 Hickery Lane**
**Wallingford, PA 19086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$57,952.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Judgment
Is the claim subject to offset? ■ No ☐ Yes

3.22 **Nonpriority creditor's name and mailing address**
**Carosella & Associates, PC**
**882 S. Matlack St, Suite 101**
**West Chester, PA 19382**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$18,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal Fees
Is the claim subject to offset? ■ No ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
**CBS TV Stations**
**Paramount**
**1515 Broadway**
**New York, NY 10036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$86,054.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
**Chris Hardinger**
**630 Spruce Ln**
**Berwyn, PA 19312**
**Date(s) debt was incurred** 8.19.26
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,517.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
**Chris Rose**
**239 Berkley Rd**
**Devon, PA 19333**
**Date(s) debt was incurred** 12.25.25
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,190.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.26 **Nonpriority creditor's name and mailing address**
**Clark JJ Inc**
**31B M. Pleasant Rd**
**Aston, PA 19014**
**Date(s) debt was incurred** 9/7/26
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$8,475.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** forklift rental and repair
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

3.27 **Nonpriority creditor's name and mailing address**
**Concord 89 LLC**
**40 Morris Avenue, Suite 150**
**Bryn Mawr, PA 19010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** lawsuit
Is the claim subject to offset? ■ No ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
**Core Integrated Marketing**
**10450 W. 163rd Place**
**Orland Park, IL 60467**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.29 **Nonpriority creditor's name and mailing address**
**Cornerstone Law Firm LLC**
**8500 Allentown Pike**
**Blandon, PA 19510**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal fees from settlement agreement
Is the claim subject to offset? ■ No ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
**CSM Corporation**
**Rocky Moutain Properties LP**
**500 Washington Ave S., Suite 3000**
**Minneapolis, MN 55415**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,858.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Lease
Is the claim subject to offset? ■ No ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
**Daniel Byrne**
**70 Merbrook Lane**
**Merion Station, PA 19066**
**Date(s) debt was incurred** 3.3.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,190.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
**Daryl Smith**
**3 Rockland Ct**
**Wilmington, DE 19803**
**Date(s) debt was incurred** 7.6.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
**Dave Arnold**
**543 Powell Lane**
**West Chester, PA 19380**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Personal Loan
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

**3.34** **Nonpriority creditor's name and mailing address**
**Dave Giles**
**10 Jessie Court**
**Glen Mills, PA 19342**
**Date(s) debt was incurred** 7.15.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

**3.35** **Nonpriority creditor's name and mailing address**
**David Harvey**
**1221 Yardley Rd**
**Morrisville, PA 19067**
**Date(s) debt was incurred** 1.13.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,090.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

**3.36** **Nonpriority creditor's name and mailing address**
**Dawn Starkey**
**15 Schoolhouse Ln**
**Glen Mills, PA 19342**
**Date(s) debt was incurred** 11.12.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$84.73**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

**3.37** **Nonpriority creditor's name and mailing address**
**Dennis Clark**
**1804 Jackson St**
**Riverton, NJ 08077**
**Date(s) debt was incurred** 6.26.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

**3.38** **Nonpriority creditor's name and mailing address**
**Dennis Quill**
**1204 Norbee Dr**
**Wilmington, DE 19803**
**Date(s) debt was incurred** 5.17.24
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,790.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

**3.39** **Nonpriority creditor's name and mailing address**
**Dublin Village, LLC**
**1888 Sherman St., #500**
**Denver, CO 80203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Lease
Is the claim subject to offset? ■ No ☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**
**E.I.P. Limited Partnership**
**c/o H. Fintan McHugh, Esq**
**109 Chesley Dr**
**Media, PA 19063**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,237.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** judgment
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC**
Name

Case number (if known)

3.41 **Nonpriority creditor's name and mailing address**
**Elite Moving**
**1471 S. Pierce St**
**Denver, CO 80232**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**$15,000.00**

3.42 **Nonpriority creditor's name and mailing address**
**Elsa & George Nastase**
**406 E Thomas Ave**
**North East, MD 21901**
**Date(s) debt was incurred** 12.2.25
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes
**$105.75**

3.43 **Nonpriority creditor's name and mailing address**
**Eugene & Faiza Wick**
**1235 Fieldstone Dr**
**West Chester, PA 19382**
**Date(s) debt was incurred** 7.29.26
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes
**$1,836.20**

3.44 **Nonpriority creditor's name and mailing address**
**Fora Financial Asset Securization**
**1385 Broadway, 15th Fl**
**New York, NY 10018**
**Date(s) debt was incurred** 7/11/125
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Unsecured loan / cash advance
Is the claim subject to offset? ■ No ☐ Yes
**$584,835.00**

3.45 **Nonpriority creditor's name and mailing address**
**Fox Funding Group LLC**
**803 S 21st Ave**
**Hollywood, FL 33020**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** arbitration award
Is the claim subject to offset? ■ No ☐ Yes
**$757,420.55**

3.46 **Nonpriority creditor's name and mailing address**
**Garton's Rigging**
**3436 N. Mill Rd**
**Vineland, NJ 08360**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**$1,282.60**

3.47 **Nonpriority creditor's name and mailing address**
**Gavin Duckworth**
**845 Sunrise Dr**
**Kennett Square, PA 19348**
**Date(s) debt was incurred** 7.13.26
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes
**$1,041.70**

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

**3.48** **Nonpriority creditor's name and mailing address**
**Ginamarie Ellis**
**200 Wawa Rd**
**Media, PA 19063**
**Date(s) debt was incurred** 2.3.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

**3.49** **Nonpriority creditor's name and mailing address**
**Grant N. Ziegler**
**5371 Bluebird Drive**
**New Tripoli, PA 18066**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** lawsuit
Is the claim subject to offset? ■ No ☐ Yes

**3.50** **Nonpriority creditor's name and mailing address**
**Greg Fleck**
**443 Lenape Lane**
**Morrisville, PA 19067**
**Date(s) debt was incurred** 5.1.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$39.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

**3.51** **Nonpriority creditor's name and mailing address**
**Greg Walsh**
**8915 Sunridge Hollow Rd**
**Parker, CO 80134**
**Date(s) debt was incurred** 8.18.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$210.11**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**
**Headway Capital**
**175 W. Jackson Blvd. Suite 1000**
**Chicago, IL 60604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2471

**As of the petition filing date, the claim is:** *Check all that apply.* **$123,081.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** unsecured loan / cash advance
Is the claim subject to offset? ■ No ☐ Yes

**3.53** **Nonpriority creditor's name and mailing address**
**HRP Southmont LLC**
**40 Morris Ave, Suite 150**
**Bryn Mawr, PA 19010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** lawsuit
Is the claim subject to offset? ■ No ☐ Yes

**3.54** **Nonpriority creditor's name and mailing address**
**Iheart Media**
**20880 Stone Oak Parkway**
**San Antonio, TX 78258**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$95,124.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

**3.55** **Nonpriority creditor's name and mailing address**
**Indepence Blue Cross**
**901 Market St**
**Philadelphia, PA 19103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,141.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.56** **Nonpriority creditor's name and mailing address**
**Integrity Pools & Spas**
**168 W. Airport Rd**
**Lititz, PA 17543**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.57** **Nonpriority creditor's name and mailing address**
**Interactive M.P. Inc.**
**1100 Walkers Lane, Suite 303**
**Burlington, Ontario L7N 2G3**
**CANADA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,340.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.58** **Nonpriority creditor's name and mailing address**
**Intuit Business Capital**
**2700 Coast Ave**
**Mountain View, CA 94043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.59** **Nonpriority creditor's name and mailing address**
**J&K Trash**
**2325 W 2nd St**
**Chester, PA 19013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,598.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.60** **Nonpriority creditor's name and mailing address**
**Jacuzzi USA Corp**
**13925 City Center Drive, Suite 200**
**Chino Hills, CA 91709**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$82,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.61** **Nonpriority creditor's name and mailing address**
**James Riviello**
**c/o David C. Castellani, Esq**
**450 Tilton Road, Suite 245**
**Northfield, NJ 08225**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** NOTICE ONLY
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

3.62 **Nonpriority creditor's name and mailing address**
**James Scalise**
**1062 Lemar Circle**
**Merion Station, PA 19066**
**Date(s) debt was incurred** 2.10.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,118.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.63 **Nonpriority creditor's name and mailing address**
**James Zega**
**413 Bellaire Ave**
**Fort Washington, PA 19034**
**Date(s) debt was incurred** 7.16.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$795.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.64 **Nonpriority creditor's name and mailing address**
**Jeffrey Butcher**
**621 Old Gulph Rd**
**Narberth, PA 19072**
**Date(s) debt was incurred** 5.4.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,373.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.65 **Nonpriority creditor's name and mailing address**
**Jen Klingenberg**
**309 Winfield Rd**
**Devon, PA 19333**
**Date(s) debt was incurred** 2.12.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.66 **Nonpriority creditor's name and mailing address**
**Jennifer Stacey**
**1533 County Line Rd**
**Bryn Mawr, PA 19010**
**Date(s) debt was incurred** 7.27.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.67 **Nonpriority creditor's name and mailing address**
**Jim Provo**
**906 Shipley Rd**
**Wilmington, DE 19803**
**Date(s) debt was incurred** 9.25.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.68 **Nonpriority creditor's name and mailing address**
**Joanne Arizin**
**6 Pennsford Lane**
**Media, PA 19063**
**Date(s) debt was incurred** 8.7.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

3.69 **Nonpriority creditor's name and mailing address**
**John & Christine Paxson**
**18 Ballance Mill Rd**
**Nottingham, PA 19362**
**Date(s) debt was incurred** 4.10.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,159.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.70 **Nonpriority creditor's name and mailing address**
**Jon Cutler**
**2200 Arch St., Unit 1202**
**Philadelphia, PA 19103**
**Date(s) debt was incurred** 8.13.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.71 **Nonpriority creditor's name and mailing address**
**Jon Farber**
**19 Willow Rd**
**Wallingford, PA 19086**
**Date(s) debt was incurred** 8.17.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$842.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.72 **Nonpriority creditor's name and mailing address**
**Jorge Uribe**
**98 Valley Rd**
**Media, PA 19063**
**Date(s) debt was incurred** 7.19.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.73 **Nonpriority creditor's name and mailing address**
**Joseph Resnick**
**1226 Remington Rd**
**Wynnewood, PA 19096**
**Date(s) debt was incurred** 4.23.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,061.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.74 **Nonpriority creditor's name and mailing address**
**Josh Wilson**
**107 W Country Club Lane**
**Wallingford, PA 19086**
**Date(s) debt was incurred** 8.3.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.75 **Nonpriority creditor's name and mailing address**
**Judy Rhoads**
**657 Longview Dr**
**Huntingdon Valley, PA 19006**
**Date(s) debt was incurred** 2.6.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,218.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

3.76 **Nonpriority creditor's name and mailing address**
**Krista Resl Estate Corp**
**dba Warrington Pavilion Shopping Ctr**
**1111 Easton Rd., Suite 27**
**Warrington, PA 18976**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Lease
Is the claim subject to offset? ■ No ☐ Yes

3.77 **Nonpriority creditor's name and mailing address**
**Kristin Jumper**
**113 Fox Hollow Ln**
**Broomall, PA 19008**
**Date(s) debt was incurred** 3.4.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,090.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
**Kyle Oliver**
**1627 Saddle Ln**
**Harrisburg, PA 17111**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
**Lori Martin-Stern**
**100 Rex Ave**
**Philadelphia, PA 19118**
**Date(s) debt was incurred** 9.3.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$225.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
**Marianne Paidas**
**1 Carriage Rd**
**Wilmington, DE 19807**
**Date(s) debt was incurred** 9.8.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.81 **Nonpriority creditor's name and mailing address**
**Mark S. Wagner**
**14 Crozerville Rd., Suite D**
**Aston, PA 19014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** NOTICE ONLY
Is the claim subject to offset? ■ No ☐ Yes

3.82 **Nonpriority creditor's name and mailing address**
**Marketplace Events**
**2000 Auburn Drive, Suite 200**
**Beachwood, OH 44122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

3.83 **Nonpriority creditor's name and mailing address**
**Mary Bugey**
**831 Jefferson Way**
**West Chester, PA 19380**
**Date(s) debt was incurred** 7.15.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,395.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

---

3.84 **Nonpriority creditor's name and mailing address**
**Matt Swieczkowski**
**474 Greenwood Dr**
**Wilmington, DE 19808**
**Date(s) debt was incurred** 12.22.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$279.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

---

3.85 **Nonpriority creditor's name and mailing address**
**Maverick Processing**
**5230 Las Virgenes Rd., Suite 300**
**Calabasas, CA 91302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.86 **Nonpriority creditor's name and mailing address**
**Michael Mayton**
**507 Darby Rd**
**Havertown, PA 19083**
**Date(s) debt was incurred** 8.17.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$855.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

---

3.87 **Nonpriority creditor's name and mailing address**
**Michele Conforti**
**207 Chestnut St**
**Marcus Hook, PA 19061**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.88 **Nonpriority creditor's name and mailing address**
**Michelle & Tom Mirici**
**127 Brandon Rd**
**Pennington, NJ 08534**
**Date(s) debt was incurred** 4.28.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$655.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

---

3.89 **Nonpriority creditor's name and mailing address**
**Michelle Hanway**
**1040 Brick House Farm Ln**
**Newtown Square, PA 19073**
**Date(s) debt was incurred** 7.13.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$124.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

3.90 **Nonpriority creditor's name and mailing address**
**Mike Difilippo**
**26 Red Fox Dr**
**New Hope, PA 18938**
**Date(s) debt was incurred** 3.31.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,373.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.91 **Nonpriority creditor's name and mailing address**
**Mike Taylor**
**48 Pine Wood Dr**
**Doylestown, PA 18901**
**Date(s) debt was incurred** 8.27.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.92 **Nonpriority creditor's name and mailing address**
**Minal Mehta**
**114 Verdant Dr**
**Phoenixville, PA 19460**
**Date(s) debt was incurred** 8.26.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$990.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.93 **Nonpriority creditor's name and mailing address**
**Monopoly Moving & Storage**
**515 S. 4th St**
**Darby, PA 19023**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,050.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.94 **Nonpriority creditor's name and mailing address**
**Nancy Tancredi**
**762 S. Darien St**
**Philadelphia, PA 19147**
**Date(s) debt was incurred** 8.21.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,053.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.95 **Nonpriority creditor's name and mailing address**
**Nathan Doron**
**254 Rights Mill Rd**
**Gladwyne, PA 19035**
**Date(s) debt was incurred** 9.1.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$165.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.96 **Nonpriority creditor's name and mailing address**
**Nordic Spas**
**4655 Patterson Ave SE**
**Grand Rapids, MI 49512**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,835.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

3.97 **Nonpriority creditor's name and mailing address**
**NTI Security**
**PO Box 203**
**19008**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.98 **Nonpriority creditor's name and mailing address**
**Oksana Bogatyryova**
**248 Beaver Dam Rd**
**Long Pond, PA 18334**
**Date(s) debt was incurred** **4.17.26**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,090.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Maintenance Services**
Is the claim subject to offset? ■ No ☐ Yes

3.99 **Nonpriority creditor's name and mailing address**
**Pamela Zimlin**
**1110 Fairland Dr**
**Ambler, PA 19002**
**Date(s) debt was incurred** **9.1.26**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$124.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Maintenance Services**
Is the claim subject to offset? ■ No ☐ Yes

3.100 **Nonpriority creditor's name and mailing address**
**Pankaj Sharma**
**107 Anorea Ln**
**Spring City, PA 19475**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,488.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Maintenance Services**
Is the claim subject to offset? ■ No ☐ Yes

3.101 **Nonpriority creditor's name and mailing address**
**Pascale Poussart**
**41 Aunt Molly Rd**
**Hopewell, NJ 08525**
**Date(s) debt was incurred** **12.20.25**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,990.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Maintenance Services**
Is the claim subject to offset? ■ No ☐ Yes

3.102 **Nonpriority creditor's name and mailing address**
**Pat Murphy**
**70 Wynnedale Rd**
**Narberth, PA 19072**
**Date(s) debt was incurred** **11.13.25**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Maintenance Services**
Is the claim subject to offset? ■ No ☐ Yes

3.103 **Nonpriority creditor's name and mailing address**
**Patricia & Ed Hall**
**162 Perkintown Rd**
**Pedricktown, NJ 08067**
**Date(s) debt was incurred** **4.13.26**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$174.77**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Product Owed**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

3.104 **Nonpriority creditor's name and mailing address**
**Patrick Mulhern**
**1719 Radcliff St**
**Bristol, PA 19007**
**Date(s) debt was incurred** **5.19.26**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,148.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Product Owed**
Is the claim subject to offset? ■ No ☐ Yes

3.105 **Nonpriority creditor's name and mailing address**
**Peter & Linda Crisanti**
**302 Crum Creek Lane**
**Newtown Square, PA 19073**
**Date(s) debt was incurred** **2.21.26**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,115.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Product Owed**
Is the claim subject to offset? ■ No ☐ Yes

3.106 **Nonpriority creditor's name and mailing address**
**Ray & Catherine Finnell**
**903 Old Orchard Ln**
**Bristol, PA 19007**
**Date(s) debt was incurred** **7.10.26**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,217.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Product Owed**
Is the claim subject to offset? ■ No ☐ Yes

3.107 **Nonpriority creditor's name and mailing address**
**Rebecca Smith**
**101 Klein Court**
**Doylestown, PA 18901**
**Date(s) debt was incurred** **7.21.26**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,852.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Maintenance Services**
Is the claim subject to offset? ■ No ☐ Yes

3.108 **Nonpriority creditor's name and mailing address**
**Revel Payments**
**575 Market St., Suite 2200**
**San Francisco, CA 94104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **CRM Software & Customer Payments**
Is the claim subject to offset? ■ No ☐ Yes

3.109 **Nonpriority creditor's name and mailing address**
**Richard Hentosh**
**32 Shady Brooke Ln.**
**Swedesboro, NJ 08085**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **NOTICE ONLY**
Is the claim subject to offset? ■ No ☐ Yes

3.110 **Nonpriority creditor's name and mailing address**
**Rick Jurewicz**
**157 Fairway Dr**
**Harleysville, PA 19438**
**Date(s) debt was incurred** **8.13.26**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,518.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Product Owed**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

3.111 **Nonpriority creditor's name and mailing address**
**Rise Alliance**
**22 W 38th St., 2nd Fl**
**New York, NY 10018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** loan consolidation
Is the claim subject to offset? ■ No ☐ Yes

3.112 **Nonpriority creditor's name and mailing address**
**Robert Richards**
**955 Lee Rd**
**Hockessin, DE 19707**
**Date(s) debt was incurred** 3.2.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.113 **Nonpriority creditor's name and mailing address**
**Rocky Mountain Properties LP**
**500 Washington Ave S., Suite 3000**
**Minneapolis, MN 55415**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.114 **Nonpriority creditor's name and mailing address**
**Ryan Gorman**
**318 Price Dr**
**Middletown, DE 19709**
**Date(s) debt was incurred** 8.5.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,624.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.115 **Nonpriority creditor's name and mailing address**
**Ryan Spiegel**
**4621 S. Crescent Blvd**
**Pennsauken, NJ 08110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** NOTICE ONLY
Is the claim subject to offset? ■ No ☐ Yes

3.116 **Nonpriority creditor's name and mailing address**
**Scott Ford**
**178 Canterbury Rd**
**Mount Laurel, NJ 08054**
**Date(s) debt was incurred** 2.3.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.117 **Nonpriority creditor's name and mailing address**
**Scott Frankel**
**11 E. Berkley Ave., #B**
**Clifton Heights, PA 19018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** NOTICE ONLY
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.118 | **Scott Hauseman**<br>**5 Virginia Ave**<br>**Reading, PA 19608**<br>**Date(s) debt was incurred** 12.17.25<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Product Owed<br>Is the claim subject to offset? ■ No ☐ Yes | **$99.24** |
| 3.119 | **Scott Zeigler**<br>**283 Schweitz Road**<br>**Fleetwood, PA 19522**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Judgment/Settlement<br>Is the claim subject to offset? ■ No ☐ Yes | **$20,000.00** |
| 3.120 | **Signapay Direct LLC**<br>**6440 N. Belt Line Rd., Suite 125**<br>**Irving, TX 75063**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 2832 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$129,742.00** |
| 3.121 | **Silver Falls LLC**<br>**701 Foulk Road, Suite 1A**<br>**Wilmington, DE 19803**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | **$23,447.79** |
| 3.122 | **Sinking Springs**<br>**Attn: Joe Schorn**<br>**1121 Telegraph Rd**<br>**West Chester, PA 19380**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Lease<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.123 | **Smash My Trash**<br>**PO Box 218**<br>**DE 19832**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.124 | **Southmont LLC**<br>**Dept 458501-21520-00083432**<br>**PO Box 809217**<br>**Chicago, IL 60680**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** lease<br>Is the claim subject to offset? ■ No ☐ Yes | **$110,127.00** |

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

3.125 **Nonpriority creditor's name and mailing address**
**Square Funding LLC dba Sq Advance**
**7901 4th St N**
**Saint Petersburg, FL 33702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$198,312.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** lawsuit
Is the claim subject to offset? ■ No ☐ Yes

3.126 **Nonpriority creditor's name and mailing address**
**Square Inc.**
**1455 Market St., Suite 600**
**San Francisco, CA 94103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.127 **Nonpriority creditor's name and mailing address**
**Stacy Swann**
**112 Bulle Rock Dr**
**Centreville, MD 21617**
**Date(s) debt was incurred** 7.26.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.128 **Nonpriority creditor's name and mailing address**
**Steve Nudd**
**103 Lakewood Dr**
**Coatesville, PA 19320**
**Date(s) debt was incurred** 3.13.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,267.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.129 **Nonpriority creditor's name and mailing address**
**Steve Reilly**
**110 Ovington Rd**
**19067**
**Date(s) debt was incurred** 8.18.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$249.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.130 **Nonpriority creditor's name and mailing address**
**Steven Heath**
**313 Oak Rd**
**Glenside, PA 19038**
**Date(s) debt was incurred** 1.9.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,267.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.131 **Nonpriority creditor's name and mailing address**
**Superior Moving and Storage, Inc.**
**PO Box 17795**
**Philadelphia, PA 19135**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

3.132 **Nonpriority creditor's name and mailing address**
**Superior Wellness**
**106 Logistics Drive**
**Cameron, SC 29030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.133 **Nonpriority creditor's name and mailing address**
**Susan Dinardo**
**1297 Irma Rd**
**Warminster, PA 18974**
**Date(s) debt was incurred** 2.15.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,558.14**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.134 **Nonpriority creditor's name and mailing address**
**Susan Ford**
**78 Canterbury Rd**
**Mount Laurel, NJ 08054**
**Date(s) debt was incurred** 2.3.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.135 **Nonpriority creditor's name and mailing address**
**Susan Polomski**
**10 Ely Farm Ln**
**Newtown, PA 18940**
**Date(s) debt was incurred** 5.23.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,679.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.136 **Nonpriority creditor's name and mailing address**
**The Hartford**
**One Hartford Plaza**
**690 Asylum Ave**
**06155**
**Date(s) debt was incurred** 33WECAH2PXH
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.137 **Nonpriority creditor's name and mailing address**
**Thomas Helmig**
**10 Springton point Dr**
**Newtown Square, PA 19073**
**Date(s) debt was incurred** 7.14.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.138 **Nonpriority creditor's name and mailing address**
**Thomas Helmig**
**10 Springton Point Dr**
**Newtown Square, PA 19073**
**Date(s) debt was incurred** 7.14.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

3.139 **Nonpriority creditor's name and mailing address**
**Thryv**
**PO Box 619009**
**Dallas, TX 75261**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.140 **Nonpriority creditor's name and mailing address**
**Tim Earle**
**730 Harriton Rd**
**Bryn Mawr, PA 19010**
**Date(s) debt was incurred** 8.19.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$422.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.141 **Nonpriority creditor's name and mailing address**
**Todd Breck**
**37 Old Guyencourt Rd**
**Wilmington, DE 19807**
**Date(s) debt was incurred** 2.3.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.142 **Nonpriority creditor's name and mailing address**
**Tom Landauer**
**540 Cowpath Rd**
**Hatfield, PA 19440**
**Date(s) debt was incurred** 7.17.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.143 **Nonpriority creditor's name and mailing address**
**Troy N. Draughn**
**119 Hayes St**
**Chester, PA 19013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** NOTICE ONLY
Is the claim subject to offset? ■ No ☐ Yes

3.144 **Nonpriority creditor's name and mailing address**
**Troy Tradewell**
**385 Creek Rd**
**Doylestown, PA 18901**
**Date(s) debt was incurred** 11.11.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,598.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.145 **Nonpriority creditor's name and mailing address**
**Turchiarolo's Lawn Service**
**PO Box 218**
**DE 19832**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

**3.146 Nonpriority creditor's name and mailing address**
**US Small Business Administration**
**409 3rd St, SW**
**Washington, DC 20416**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8100

**As of the petition filing date, the claim is:** *Check all that apply.* **$475,814.05**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Disaster COVID-19 Economic Injury
Is the claim subject to offset? ■ No ☐ Yes

**3.147 Nonpriority creditor's name and mailing address**
**Wellis USA**
**20801 Biscayne Blvd, Suite 403**
**Office 415**
**Miami, FL 33180**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$250,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.148 Nonpriority creditor's name and mailing address**
**Wells Fargo Retail Services**
**MAC F0006-06B P.O. Box 10373**
**Des Moines, IA 50306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.149 Nonpriority creditor's name and mailing address**
**Wex Bank**
**P.O. Box 639**
**1 Hancock St**
**Portland, ME 04104-0639**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.150 Nonpriority creditor's name and mailing address**
**William Jones**
**10 Chesterton Dr**
**Landenberg, PA 19350**
**Date(s) debt was incurred** 7.14.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

**3.151 Nonpriority creditor's name and mailing address**
**Worldpay**
**8500 Governors Hill Dr**
**Cincinnati, OH 45249**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5682

**As of the petition filing date, the claim is:** *Check all that apply.* **$109,105.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Amanda H. Halstead**<br>**Halstead & Zaloudek, LLC**<br>**600 17th St., Suite 2800S**<br>**Denver, CO 80202** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Cornerstone Law Firm LLC**<br>**8500 Allentown Pike**<br>**Blandon, PA 19510** | Line **3.119**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Eckman Seamans Cherin & Mellott, LLC**<br>**Two Liberty Place**<br>**50 S. 16th St, 22nd FL**<br>**Philadelphia, PA 19102** | Line **3.76**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **H. Fintan McHugh, Esq**<br>**Petrikin, Wellman, Damico, Brown & Petro**<br>**109 Chesley Dr**<br>**Media, PA 19063** | Line **3.40**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Jack Madeb, Esquire**<br>**Madeb Law PLLC**<br>**2433 Knapp Street**<br>**Suite 203A**<br>**Brooklyn, NY 11235** | Line **3.125**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **James J. Meehan, III, Esquire**<br>**221 Main Street**<br>**Wilmington, DE 19804** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Joel A. Ready, Esq**<br>**Cornerstone Law Firm, LLC**<br>**8500 Allentown Pike, Suite 3**<br>**Blandon, PA 19510** | Line **3.49**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Kierstin M. Lange, Esquire**<br>**Zarwin Baum DeVito Kaplan Schaer & Toddy**<br>**2005 Market Street, 16th Floor**<br>**Philadelphia, PA 19103** | Line **3.53**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Kierstin M. Lange, Esquire**<br>**Zarwin Baum DeVito Kaplan Schaer & Toddy**<br>**2005 Market Street, 16th Floor**<br>**Philadelphia, PA 19103** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Kierstin M. Lange, Esquire**<br>**Zarwin Baum DeVito Kaplan Schaer & Toddy**<br>**2005 Market Street, 16th Floor**<br>**Philadelphia, PA 19103** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Kierstin M. Lange, Esquire**<br>**Zarwin Baum DeVito Kaplan Schaer & Toddy**<br>**2005 Market Street, 16th Floor**<br>**Philadelphia, PA 19103** | Line **3.124**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Kurt E. Nachtman, Esq**<br>**Silverman Thompson Slutkin & White**<br>**400 E. Pratt St., Suite 900**<br>**Baltimore, MD 21202** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |

Debtor **Half Price Hot Tubs, LLC** Case number (if known)
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Kyle F. Eingorn, Esquire**<br>**Dembo Brown & Burns LLp**<br>**1300 Route 73, Suite 205**<br>**Mount Laurel, NJ 08054** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Leo M. Gibbons, Esq**<br>**MacElree Harvey Ltd**<br>**17 W. Miner St**<br>**PO Box 660**<br>**West Chester, PA 19381** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Robert J. Brich, Esquire**<br>**PO Box 1133**<br>**North Wales, PA 19454** | Line **3.49**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Robinson Waters & O'Dorisio**<br>**1099 18th St., Unit 2600**<br>**Denver, CO 80202** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Tracy L. Ashmore, Esq**<br>**Robinson Waters & O'Dorisio, PC**<br>**1099 18th St, Suite 2600**<br>**Denver, CO 80202** | Line **3.113**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Yonatan Klestzick, Esq**<br>**Lieberman and Klestzick, LLP**<br>**PO Box 356**<br>**Cedarhurst, NY 11516** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **771,054.76** |
| **5b. Total claims from Part 2** | 5b. | + | $ **3,767,331.36** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **4,538,386.12** |

**Fill in this information to identify the case:**

Debtor name **Half Price Hot Tubs, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **2110 Route 70 LLC**<br>**Markeim Chalmers Inc.**<br>**2110 Route 70 E**<br>**Cherry Hill, NJ 08034** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Blackwater Falls Trust**<br>**1069 Bald Eagle Drive**<br>**Marco Island, FL 34145** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Bramblewood 89 LLC**<br>**Dept 458501-21520-00083432**<br>**PO Box 809217**<br>**Chicago, IL 60680** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Burlington Investments LLC**<br>**c/o DMS Management LLC**<br>**1720 S. Bellaire St, Suite 200**<br>**Denver, CO 80216** |

Debtor 1 **Half Price Hot Tubs, LLC** Case number (*if known*)
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Cambridge Partnership**<br>**9 Hickery Lane**<br>**Wallingford, PA 19086** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Concord 89 LLC**<br>**Dept 458501-21520-00083432**<br>**PO Box 809217**<br>**Chicago, IL 60680** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **CSM Corporation**<br>**Rocky Moutain Properties LP**<br>**500 Washington Ave S., Suite 3000**<br>**Minneapolis, MN 55415** |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Dublin Village, LLC**<br>**1888 Sherman St., #500**<br>**Denver, CO 80203** |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **EIP Limited Partnership**<br>**c/o Re-Steel Supply Co**<br>**2000 Eddystone Ind Park, Bldg 15-B**<br>**Crum Lynne, PA 19022** |

Debtor 1 **Half Price Hot Tubs, LLC** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Krista Real Estate Corp**<br>**dba Warrington Pavilion Shopping Ctr**<br>**1111 Easton Rd., Suite 27**<br>**Warrington, PA 18976** |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Silver Falls LLC**<br>**701 Foulk Rd, Suite 1A**<br>**Wilmington, DE 19803** |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Sinking Springs**<br>**Attn: Joe Schorn**<br>**1121 Telegraph Rd**<br>**West Chester, PA 19380** |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Southmont LLC**<br>**Dept 458501-21520-00083432**<br>**PO Box 809217**<br>**Chicago, IL 60680** |

**Fill in this information to identify the case:**

Debtor name **Half Price Hot Tubs, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Southmont LLC** | ☐ D<br>■ E/F **3.124**<br>☐ G |
| 2.2 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Cambridge Partnership Holdings, LLC** | ☐ D<br>■ E/F **3.21**<br>☐ G |
| 2.3 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **2110 Route 70 LLC** | ☐ D<br>■ E/F **3.1**<br>☐ G |
| 2.4 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Silver Falls LLC** | ☐ D<br>■ E/F **3.121**<br>☐ G |
| 2.5 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Dublin Village, LLC** | ☐ D<br>■ E/F **3.39**<br>☐ G |

Debtor **Half Price Hot Tubs, LLC** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **CSM Corporation** | ☐ D<br>■ E/F **3.30**<br>☐ G |
| 2.7 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Mark S. Wagner** | ☐ D<br>■ E/F **3.81**<br>☐ G |
| 2.8 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Rocky Mountain Properties LP** | ☐ D<br>■ E/F **3.113**<br>☐ G |
| 2.9 | **Melissa Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Southmont LLC** | ☐ D<br>■ E/F **3.124**<br>☐ G |
| 2.10 | **Melissa Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Dublin Village, LLC** | ☐ D<br>■ E/F **3.39**<br>☐ G |
| 2.11 | **Melissa Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **CSM Corporation** | ☐ D<br>■ E/F **3.30**<br>☐ G |
| 2.12 | **Melissa Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Rocky Mountain Properties LP** | ☐ D<br>■ E/F **3.113**<br>☐ G |
| 2.13 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Burlington Investments LLC** | ☐ D<br>☐ E/F<br>■ G **2.4** |

Debtor **Half Price Hot Tubs, LLC** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Blackwater Falls Trust** | ☐ D<br>☐ E/F<br>■ G **2.2** |
| 2.15 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Sinking Springs** | ☐ D<br>☐ E/F<br>■ G **2.12** |
| 2.16 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Dublin Village, LLC** | ☐ D<br>☐ E/F<br>■ G **2.8** |
| 2.17 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Southmont LLC** | ☐ D<br>☐ E/F<br>■ G **2.13** |
| 2.18 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Bramblewood 89 LLC** | ☐ D<br>☐ E/F<br>■ G **2.3** |
| 2.19 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Concord 89 LLC** | ☐ D<br>☐ E/F<br>■ G **2.6** |
| 2.20 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Cambridge Partnership** | ☐ D<br>☐ E/F<br>■ G **2.5** |
| 2.21 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **2110 Route 70 LLC** | ☐ D<br>☐ E/F<br>■ G **2.1** |

Debtor **Half Price Hot Tubs, LLC** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Silver Falls LLC** | ☐ D<br>☐ E/F<br>■ G **2.11** |
| 2.23 | **Keith Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **CSM Corporation** | ☐ D<br>☐ E/F<br>■ G **2.7** |
| 2.24 | **Melissa Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Burlington Investments LLC** | ☐ D<br>☐ E/F<br>■ G **2.4** |
| 2.25 | **Melissa Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Dublin Village, LLC** | ☐ D<br>☐ E/F<br>■ G **2.8** |
| 2.26 | **Melissa Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Southmont LLC** | ☐ D<br>☐ E/F<br>■ G **2.13** |
| 2.27 | **Melissa Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Bramblewood 89 LLC** | ☐ D<br>☐ E/F<br>■ G **2.3** |
| 2.28 | **Melissa Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **Concord 89 LLC** | ☐ D<br>☐ E/F<br>■ G **2.6** |
| 2.29 | **Melissa Patridge** | **1222 Skiles Blvd**<br>**West Chester, PA 19382** | **CSM Corporation** | ☐ D<br>☐ E/F<br>■ G **2.7** |

Debtor **Half Price Hot Tubs, LLC** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |