# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Half Price Hot Tubs, LLC** Case No. ______
Debtor(s) Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Half Price Hot Tubs, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 17, 2026**
Date

**/s/ Holly S. Miller**
**Holly S. Miller**
Signature of Attorney or Litigant
Counsel for **Half Price Hot Tubs, LLC**
**Gellert Seitz Busenkell & Brown LLC**
**901 Market St.**
**Suite 3020**
**Philadelphia, PA 19107**
**215-238-0015 Fax:215-238-0016**