# ACTION BY WRITTEN CONSENT OF THE SOLE MEMBER OF HALF PRICE HOT TUBS LLC

## SEPTEMBER 16, 2026

The undersigned, sole member of **HALF PRICE HOT TUBS LLC**, acting by written consent, does hereby consent and agree to the adoption of the resolutions set forth below taking or authorizing the actions specified therein with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting of the members of the Company.

WHEREAS, the sole member has determined that a Chapter 7 liquidation of the business is in the best interest of the company and its creditors.

WHEREAS various creditors have threatened to prosecute their claims against the Company; and

WHEREAS, the member has determined that it would be in the best interests of the Company for the Company to file a voluntary petition under chapter 7 of the United States Code (the "**Bankruptcy Code**").

NOW THEREFORE, LET IT BE RESOLVED, that the Company file as soon as practicable a Chapter 7 bankruptcy petition in accordance with the Bankruptcy Code.

RESOLVED FURTHER, that **MELISSA C. PATRIDGE**, (the "**Authorized Person**"), hereby is, authorized, empowered and directed to execute, deliver and file the voluntary petition of **HALF PRICE HOT TUBS LLC** under chapter 7 of the United States Code in the name of and on behalf of the Company in the jurisdiction of its principal place of business in the **Eastern District of Pennsylvania Bankruptcy Court.**

RESOLVED FURTHER, that the Company shall employ, subject to any requisite bankruptcy court approval, the law firm of Gellert Seitz Busenkell and Brown, LLC as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Persons are hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of **Gellert Seitz Busenkell & Brown, LLC**;

RESOLVED FURTHER, that the Company shall employ, subject to any requisite bankruptcy court approval, such other professionals and persons as the Authorized Persons determine are necessary in order to conduct the Chapter 7 Case while subject to the jurisdiction of the Bankruptcy Court.

RESOLVED FURTHER, that the Authorized Person is hereby authorized, empowered and directed to execute and deliver any other instrument, certificate, document or other agreement to be delivered in connection with the Amendment in the name and on behalf of the Company, and

to take all such actions as the Authorized Persons deem necessary or advisable in connection therewith.

RESOLVED FURTHER, that the execution by the Authorized Person of any document authorized by the foregoing resolutions, or any document executed by the Authorized Person in the accomplishment of any action or actions so authorized, is the enforceable and binding act and obligation of the Company.

This Action by Written Consent of the shareholder may be delivered via facsimile or electronic mail with the intention that it shall have the same force and effect as the original executed counterpart thereof.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Action by Written Consent of the sole shareholder as of the date first written above.

**HALF PRICE HOT TUBS LLC**

**Melissa C. Patridge**
**Sole Member**