United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-13888-djb
Half Price Hot Tubs, LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 6
Date Rcvd: Sep 21, 2026 Form ID: 309C Total Noticed: 267

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Half Price Hot Tubs, LLC, PO Box 7, Westtown, PA 19395-0007 |
| 15186731 | + | 2110 Route 70 LLC, Markeim Chalmers Inc., 2110 Route 70 E, Cherry Hill, NJ 08003-1237 |
| 15186732 | + | Alderfer Glass Company, 144 Telford Pike, Telford, PA 18969-2154 |
| 15186733 | + | Alice Farino, 6 Chalfont St, Riverton, NJ 08077-2129 |
| 15186734 | + | Allison Devito, 64 Mohawk Dr, Richboro, PA 18954-1222 |
| 15186735 | + | Ally Financial, Ally Invest, PO Box 30248, Charlotte, NC 28230-0248 |
| 15186736 | + | Amanda H. Halstead, Halstead & Zaloudek, LLC, 600 17th St., Suite 2800S, Denver, CO 80202-5428 |
| 15186737 | + | Amy Daub, 155 Weaver Rd, Zionsville, PA 18092-2900 |
| 15186738 | + | Andrea Lycette, 5230 Skyview Dr, Coopersburg, PA 18036-8720 |
| 15186739 | + | Ann Gillette, 4002 Tamarind Dr, Bethlehem, PA 18020-7652 |
| 15186740 | + | Anthoney Dicioccio, 714 Sussex Rd, Wynnewood, PA 19096-2414 |
| 15186741 | + | Anthony Dilorenzo, 4695 Park Ln, Aston, PA 19014-2118 |
| 15186742 | + | Audacy, Inc., 2400 Market St., 4th Fl, Philadelphia, PA 19103-3041 |
| 15186743 | + | Ben & Linnea Chapman, 6855 Snowbird Dr., Colorado Springs, CO 80918-1307 |
| 15186744 | + | Benjamin N. Stow, 18 Independence Ct, Marcus Hook, PA 19061-2481 |
| 15186745 | + | Betsy Scott, 9 Twaddell Mill Rd, Wilmington, DE 19807-1223 |
| 15186746 | + | Biberk Insurance Services, 1314 Douglas St., #1400, Omaha, NE 68102-1944 |
| 15186747 | + | Bill Bear, 2500 Creekside Dr, Lansdale, PA 19446-7405 |
| 15186748 | + | Bill Mckee, 1340 N. Avignon Dr, Gladwyne, PA 19035-1043 |
| 15186749 | + | Bill Phillips, 304 Knollwood Dr, Easton, PA 18040-8792 |
| 15186750 | + | Blackwater Falls Trust, 1069 Bald Eagle Drive, Marco Island, FL 34145-2029 |
| 15186751 | | Blaise Belfiore, 17071 S. Rand St., Unit 5305, Lewes, DE 19958 |
| 15186752 | + | BlueGrace Logistics, Dept 108, PO Box 4964, Houston, TX 77210-4964 |
| 15186754 | + | Bob Hauser, 165 Steiner Way, Perkiomenville, PA 18074-8701 |
| 15186755 | + | Bob Heath, 7030 Upper York Rd., New Hope, PA 18938-9516 |
| 15186756 | + | Bob Schultz, 30 Chipmunk Ln, Media, PA 19063-4708 |
| 15186757 | + | Bob Skow, 910 Union Church Rd, Townsend, DE 19734-9114 |
| 15186758 | + | Bob Steiner, 1263 Stackhouse Mill Rd, Newtown Square, PA 19073-2709 |
| 15186759 | + | Bordson, 2752 Allegheny Dr, Blakeslee, PA 18610-2411 |
| 15186760 | + | Bramblewood 89 LLC, 40 Morris Avenue, Suite 150, Bryn Mawr, PA 19010-3437 |
| 15186761 | + | Bramblewood 89 LLC, Dept 458501-21520-00083432, PO Box 809217, Chicago, IL 60680-9201 |
| 15186762 | + | Brian James, 329 Ware Road, Newark, DE 19711-4335 |
| 15186763 | + | Brooke Watson, 460 Kirck Rd, Elkton, MD 21921-3410 |
| 15186764 | + | Bruce Tinor, 2805 English Ln, Whitehall, PA 18052-3823 |
| 15186765 | + | Bryan Seidl, 63 Downing Dr, Reading, PA 19610-3111 |
| 15186766 | + | Burlington Investments LLC, c/o DMS Management LLC, 1720 S. Bellaire St, Suite 200, Denver, CO 80222-4348 |
| 15186767 | + | Business Law, 90 S. Cascade Ave., Suite 80903-5602 |
| 15186771 | + | CBS TV Stations, Paramount, 1515 Broadway, New York, NY 10036-8901 |
| 15186781 | + | CSM Corporation, Rocky Moutain Properties LP, 500 Washington Ave S., Suite 3000, Minneapolis, MN 55415-1151 |
| 15186782 | + | CT Corporation System, as Representative, 300 N. Brand Blvd., Suite 700, Glendale, CA 91203-2304 |
| 15186768 | + | Cambridge Partnership, 9 Hickery Lane, Wallingford, PA 19086-6329 |

| | | |
|---|---|---|
| 15186769 | + | Cambridge Partnership Holdings, LLC, 9 Hickery Lane, Wallingford, PA 19086-6329 |
| 15186770 | + | Carosella & Associates, PC, 882 S. Matlack St, Suite 101, West Chester, PA 19382-4503 |
| 15186772 | + | Chris Hardinger, 630 Spruce Ln, Berwyn, PA 19312-1457 |
| 15186773 | + | Chris Rose, 239 Berkley Rd, Devon, PA 19333-1513 |
| 15186774 | + | Christy Mitchell, 2790 Telluride Dr, Colorado Springs, CO 80918-1573 |
| 15186775 | + | Clark JJ Inc, 31B M. Pleasant Rd, Aston, PA 19014-1407 |
| 15186777 | + | Concord 89 LLC, 40 Morris Avenue, Suite 150, Bryn Mawr, PA 19010-3437 |
| 15186778 | + | Concord 89 LLC, Dept 458501-21520-00083432, PO Box 809217, Chicago, IL 60680-9201 |
| 15186779 | + | Core Integrated Marketing, 10450 W. 163rd Place, Orland Park, IL 60467-5445 |
| 15186780 | + | Cornerstone Law Firm LLC, 8500 Allentown Pike, Blandon, PA 19510-9101 |
| 15186783 | + | Damon Wheeler, 1005 Rhoades Ave, Clifton Heights, PA 19018-2733 |
| 15186784 | + | Daniel Byrne, 70 Merbrook Lane, Merion Station, PA 19066-1629 |
| 15186785 | + | Daryl Smith, 3 Rockland Ct, Wilmington, DE 19803-4540 |
| 15186786 | + | Dave Arnold, 543 Powell Lane, West Chester, PA 19380-4771 |
| 15186787 | + | Dave Giles, 10 Jessie Court, Glen Mills, PA 19342-1177 |
| 15186788 | + | David Harvey, 1221 Yardley Rd, Morrisville, PA 19067-7401 |
| 15186789 | + | David Sutula, 40 Woodside Dr, Easton, PA 18042-9583 |
| 15186790 | + | David Wilson, 22 Bennington Rd, Annandale, NJ 08801-3328 |
| 15186791 | | Dawn Starkey, 15 Schoolhouse Ln, Glen Mills, PA 19342 |
| 15186792 | + | Deb Bertonazzi, 5575 Genoa Ave, Vineland, NJ 08361-7923 |
| 15186793 | + | Dennis Clark, 1804 Jackson St, Riverton, NJ 08077-2821 |
| 15186794 | + | Dennis Quill, 1204 Norbee Dr, Wilmington, DE 19803-4126 |
| 15186795 | | Dominick Lafauci, 220 Benjamin Franklin Pkwy, Unit S1005, Philadelphia, PA 19130 |
| 15186796 | + | Dublin Village, LLC, 1888 Sherman St., #500, Denver, CO 80203-6000 |
| 15186797 | + | E.I.P. Limited Partnership, c/o H. Fintan McHugh, Esq, 109 Chesley Dr, Media, PA 19063-1749 |
| 15186800 | | EIP Limited Partnership, c/o Re-Steel Supply Co, 2000 Eddystone Ind Park, Bldg 15-B, Crum Lynne, PA 19022 |
| 15186798 | + | Eckman Seamans Cherin & Mellott, LLC, Two Liberty Place, 50 S. 16th St, 22nd FL, Philadelphia, PA 19102-2523 |
| 15186799 | + | Ed Winters, 225 Autumn Dr, Bangor, PA 18013-5541 |
| 15186801 | + | Elite Moving, 1471 S. Pierce St, Denver, CO 80232-5639 |
| 15186802 | + | Elsa & George Nastase, 406 E Thomas Ave, North East, MD 21901-4041 |
| 15186803 | + | Eugene & Faiza Wick, 1235 Fieldstone Dr, West Chester, PA 19382-8559 |
| 15186804 | + | Financial Agent Services, PO Box 2576, Springfield, IL 62708-2576 |
| 15186808 | + | Garton's Rigging, 3436 N. Mill Rd, Vineland, NJ 08360-1528 |
| 15186809 | + | Gavin Duckworth, 845 Sunrise Dr, Kennett Square, PA 19348-4226 |
| 15186810 | + | Gavin Jones, 285 E Deer Trail Rd, Clayton, DE 19938-4153 |
| 15186811 | + | Gina Giarratana, 558 State Rd, Coopersburg, PA 18036-1704 |
| 15186812 | + | Ginamarie Ellis, 200 Wawa Rd, Media, PA 19063-5634 |
| 15186814 | + | Grant N. Ziegler, 5371 Bluebird Drive, New Tripoli, PA 18066-2536 |
| 15186815 | + | Greg Fleck, 443 Lenape Lane, Morrisville, PA 19067-5608 |
| 15186816 | + | Greg Walsh, 8915 Sunridge Hollow Rd, Parker, CO 80134-5658 |
| 15186817 | + | H. Fintan McHugh, Esq, Petrikin, Wellman, Damico, Brown & Petro, 109 Chesley Dr, Media, PA 19063-1782 |
| 15186820 | + | HRP Southmont LLC, 40 Morris Ave, Suite 150, Bryn Mawr, PA 19010-3437 |
| 15186819 | + | Heidi Page, 440 Spring St, Colorado Springs, CO 80904-3975 |
| 15186821 | + | Iheart Media, 20880 Stone Oak Parkway, San Antonio, TX 78258-7460 |
| 15186822 | + | Indepence Blue Cross, 901 Market St, Philadelphia, PA 19107-3111 |
| 15186823 | + | Integrity Pools & Spas, 168 W. Airport Rd, Lititz, PA 17543-7624 |
| 15186824 | | Interactive M.P. Inc., 1100 Walkers Lane, Suite 303, Burlington, Ontario L7N 2G3, CANADA |
| 15186826 | + | Intuit Business Capital, 2700 Coast Ave, Mountain View, CA 94043-1140 |
| 15186827 | + | J&K Trash, 2325 W 2nd St, Chester, PA 19013-2558 |
| 15186828 | + | Jack Madeb, Esquire, Madeb Law PLLC, 2433 Knapp Street, Suite 203A, Brooklyn, NY 11235-1005 |
| 15186829 | + | Jacuzzi USA Corp, 13925 City Center Drive, Suite 200, Chino Hills, CA 91709-5438 |
| 15186830 | + | James J. Meehan, III, Esquire, 221 Main Street, Wilmington, DE 19804-3904 |
| 15186831 | + | James Riviello, c/o David C. Castellani, Esq, 450 Tilton Road, Suite 245, Northfield, NJ 08225-1259 |
| 15186832 | + | James Scalise, 1062 Lemar Circle, Merion Station, PA 19066-1109 |
| 15186833 | + | James Zega, 413 Bellaire Ave, Fort Washington, PA 19034-1307 |
| 15186834 | + | Jason Douglass, 204 Philellena Rd, Cherry Hill, NJ 08034-3624 |
| 15186835 | + | Jay Golde, 29 Manorhouse Dr, Cherry Hill, NJ 08003-5146 |
| 15186836 | + | Jeff Mastronar, 209 Marie Rd, West Chester, PA 19380-6702 |
| 15186837 | + | Jeffrey Butcher, 621 Old Gulph Rd, Narberth, PA 19072-1544 |
| 15186838 | + | Jen Klingenberg, 309 Winfield Rd, Devon, PA 19333-1735 |
| 15186839 | + | Jeniffer Coughlin, 6643 N. Windfield Ave, Parker, CO 80134-5945 |
| 15186840 | + | Jennifer Stacey, 1533 County Line Rd, Bryn Mawr, PA 19010-1605 |
| 15186841 | + | Jim Provo, 906 Shipley Rd, Wilmington, DE 19803-4928 |

| | | |
|---|---|---|
| 15186842 | + | Joanne Arizin, 6 Pennsford Lane, Media, PA 19063-2052 |
| 15186843 | + | Joe Greim, 210 N. Middletown Rd, Media, PA 19063-4536 |
| 15186844 | + | Joe Hackathorne, 17374 Crimson Clover Dr, Monument, CO 80132-9296 |
| 15186845 | + | Joe Nagel, PO Box 1724, Butler, PA 16003-1724 |
| 15186846 | + | Joel A. Ready, Esq, Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| 15186847 | + | Joel Tarantino, 477 Federal City Rd, Pennington, NJ 08534-4210 |
| 15186848 | + | John & Christine Paxson, 18 Ballance Mill Rd, Nottingham, PA 19362-9507 |
| 15186849 | + | Jon Cutler, 2200 Arch St., Unit 1202, Philadelphia, PA 19103-1348 |
| 15186850 | + | Jon Farber, 19 Willow Rd, Wallingford, PA 19086-7218 |
| 15186851 | + | Jorge Uribe, 98 Valley Rd, Media, PA 19063-5636 |
| 15186852 | + | Jose Batista, 112 Aldin Rd, Stewartsville, NJ 08886-2548 |
| 15186853 | + | Joseph Gaffney, 2217 Andrew Dr, Easton, PA 18040-8461 |
| 15186854 | + | Joseph Resnick, 1226 Remington Rd, Wynnewood, PA 19096-2330 |
| 15186855 | + | Josh Wilson, 107 W Country Club Lane, Wallingford, PA 19086-6506 |
| 15186856 | + | Judy Rhoads, 657 Longview Dr, Huntingdon Valley, PA 19006-2219 |
| 15186857 | + | Justin Bittner, 14 N. Market St, Gibbstown, NJ 08027-1143 |
| 15186858 | + | Kamil Wyrzykowski, 9 Edgewood Dr, Holmdel, NJ 07733-1707 |
| 15186859 | + | Karl Venneberg, 2302 Merlot Drive, Colorado Springs, CO 80921-4024 |
| 15186860 | + | Keith Chapman, 11742 Braun Way, Conifer, CO 80433-7523 |
| 15186861 | | Keith Juvera, 6650 Vincent Frontage Road 140, Colorado Springs, CO 80918 |
| 15186862 | + | Keith Patridge, 1222 Skiles Blvd, West Chester, PA 19382-7384 |
| 15186863 | + | Kelly Rohrer, 433 Hickory Ave, Penns Grove, NJ 08069-2820 |
| 15186864 | + | Kevan Iffrig, 2690 Merion Dr, Center Valley, PA 18034-8819 |
| 15186865 | + | Kierstin M. Lange, Esquire, Zarwin Baum DeVito Kaplan Schaer & Toddy, 2005 Market Street, 16th Floor, Philadelphia, PA 19103-7062 |
| 15186866 | + | Kip Baker, 5984 High Noon Ave, Colorado Springs, CO 80923-5813 |
| 15186867 | + | Krista Real Estate Corp, dba Warrington Pavilion Shopping Ctr, 1111 Easton Rd., Suite 27, Warrington, PA 18976-1845 |
| 15186868 | + | Krista Resl Estate Corp, dba Warrington Pavilion Shopping Ctr, 1111 Easton Rd., Suite 27, Warrington, PA 18976-1845 |
| 15186869 | + | Kristin Jumper, 113 Fox Hollow Ln, Broomall, PA 19008-1330 |
| 15186870 | + | Kurt E. Nachtman, Esq, Silverman Thompson Slutkin & White, 400 E. Pratt St., Suite 900, Baltimore, MD 21202-3127 |
| 15186871 | + | Kyle F. Eingorn, Esquire, Dembo Brown & Burns LLp, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| 15186872 | + | Kyle Oliver, 1627 Saddle Ln, Harrisburg, PA 17111-6959 |
| 15186873 | | Landon Nau, 869 W. Blakeland Dr, Pueblo, CO 81007 |
| 15186874 | + | Lee Edsill, 1107 Paine Rd, Ambler, PA 19002-1033 |
| 15186875 | + | Leo M. Gibbons, Esq, MacElree Harvey Ltd, 17 W. Miner St, PO Box 660, West Chester, PA 19381-0660 |
| 15186876 | + | Linda Kerstetter, 648 Martin Dr, Avondale, PA 19311-1316 |
| 15186877 | + | Lori Martin-Stern, 100 Rex Ave, Philadelphia, PA 19118-3742 |
| 15186878 | + | Lou Sargent, 2 North Forest Hills, Downingtown, PA 19335-2245 |
| 15186879 | + | Louis Taylor, 3524 Hopkins Dr, Wilmington, DE 19808-2913 |
| 15186880 | + | Marianne Paidas, 1 Carriage Rd, Wilmington, DE 19807-2237 |
| 15186881 | + | Mark S. Wagner, 14 Crozerville Rd., Suite D, Aston, PA 19014-1550 |
| 15186882 | + | Marketplace Events, 2000 Auburn Drive, Suite 200, Beachwood, OH 44122-4328 |
| 15186883 | + | Mary Bugey, 831 Jefferson Way, West Chester, PA 19380-6905 |
| 15186884 | + | Matt Burnell, 7562 S Vine St, Littleton, CO 80122-3147 |
| 15186885 | + | Matt Swieczkowski, 474 Greenwood Dr, Wilmington, DE 19808-1964 |
| 15186886 | + | Matthew Empfield, 220 Thomas Hll Rd, Fombell, PA 16123-1916 |
| 15186887 | + | Maverick Processing, 5230 Las Virgenes Rd., Suite 300, Calabasas, CA 91302-3468 |
| 15186888 | + | Melissa Patridge, 1222 Skiles Blvd, West Chester, PA 19382-7384 |
| 15186889 | + | Michael Higgin, 937 Woods Rd, Bear, DE 19701-2128 |
| 15186890 | + | Michael Mayton, 507 Darby Rd, Havertown, PA 19083-4702 |
| 15186891 | + | Michael Smith, 8030 Dorcas St, Philadelphia, PA 19152-2256 |
| 15186892 | + | Michele Conforti, 207 Chestnut St, Marcus Hook, PA 19061-3812 |
| 15186893 | + | Michelle & Tom Mirici, 127 Brandon Rd, Pennington, NJ 08534-1934 |
| 15186894 | #+ | Michelle Hanway, 1040 Brick House Farm Ln, Newtown Square, PA 19073-2780 |
| 15186895 | + | Mike Bongiorno, 115 Marlin Ave, Folsom, PA 19033-2933 |
| 15186896 | + | Mike Difilippo, 26 Red Fox Dr, New Hope, PA 18938-9665 |
| 15186897 | + | Mike Taylor, 48 Pine Wood Dr, Doylestown, PA 18901-3231 |
| 15186898 | + | Minal Mehta, 114 Verdant Dr, Phoenixville, PA 19460-5210 |
| 15186899 | + | Misti Eisenhauer, 3262 Montebello Dr. W, Colorado Springs, CO 80918-2231 |
| 15186900 | + | Monopoly Moving & Storage, 515 S. 4th St, Darby, PA 19023-3119 |
| 15186904 | + | NTI Security, PO Box 19008-0203 |
| 15186901 | + | Nancy Tancredi, 762 S. Darien St, Philadelphia, PA 19147-2806 |
| 15186902 | + | Nathan Doron, 254 Rights Mill Rd, Gladwyne, PA 19035-1533 |
| 15186903 | + | Nordic Spas, 4655 Patterson Ave SE, Grand Rapids, MI 49512-5337 |

| | | |
|---|---|---|
| 15186905 | + | Oksana Bogatyryova, 248 Beaver Dam Rd, Long Pond, PA 18334-7710 |
| 15186906 | + | Pa Department of Revenue, Dept of Labor & Industry, 110 N. 8th St., Suite 203, Philadelphia, PA 19107-2412 |
| 15186908 | + | Pamela Zimlin, 1110 Fairland Dr, Ambler, PA 19002-1322 |
| 15186909 | + | Pankaj Sharma, 107 Anorea Ln, Spring City, PA 19475-3225 |
| 15186910 | + | Pascale Poussart, 41 Aunt Molly Rd, Hopewell, NJ 08525-2301 |
| 15186911 | + | Pat Murphy, 70 Wynnedale Rd, Narberth, PA 19072-1725 |
| 15186912 | + | Patricia & Ed Hall, 162 Perkintown Rd, Pedricktown, NJ 08067-3202 |
| 15186913 | + | Patrick McEvoy, 2339 Overlook Dr, Bethlehem, PA 18017-3738 |
| 15186914 | | Patrick Mulhern, 1719 Radcliff St, Bristol, PA 19007 |
| 15186915 | + | Peter & Linda Crisanti, 302 Crum Creek Lane, Newtown Square, PA 19073-1604 |
| 15186917 | + | Phil Low, 2434 S. Yank Circle, Denver, CO 80228-4918 |
| 15186916 | + | Phil and Lisa Davidson, 1900 Chautauqua Trail, Malvern, PA 19355-8518 |
| 15186918 | + | Ravi and Carrie Samy, 2625 Stonewall Dr, Center Valley, PA 18034-8848 |
| 15186919 | + | Ray & Catherine Finnell, 903 Old Orchard Ln, Bristol, PA 19007-6413 |
| 15186920 | + | Rebecca Smith, 101 Klein Court, Doylestown, PA 18901-7050 |
| 15186921 | + | Revel Payments, 575 Market St., Suite 2200, San Francisco, CA 94105-5813 |
| 15186922 | + | Richard Hentosh, 32 Shady Brooke Ln., Swedesboro, NJ 08085-1544 |
| 15186923 | + | Richard Taylor, 204 Glenwood Ave, Wilmington, DE 19803-3939 |
| 15186924 | + | Richard Toomey, 2717 W. 13th St., Greeley, CO 80634-6436 |
| 15186925 | + | Rick Jurewicz, 157 Fairway Dr, Harleysville, PA 19438-2533 |
| 15186927 | + | Robert J. Brich, Esquire, PO Box 1133, North Wales, PA 19454-0133 |
| 15186928 | + | Robert Richards, 955 Lee Rd, Hockessin, DE 19707-9696 |
| 15186929 | + | Robin Bachelet, 304 Camino Real, Fort Collins, CO 80524-8910 |
| 15186931 | + | Rocky Mountain Properties LP, 500 Washington Ave S., Suite 3000, Minneapolis, MN 55415-1151 |
| 15186932 | + | Ronit Lodd, 1942 Broadway St, Boulder, CO 80302-5213 |
| 15186933 | + | Ryan Gorman, 318 Price Dr, Middletown, DE 19709-9933 |
| 15186934 | + | Ryan Moberly, 11094 Tranquil Water Dr, Colorado Springs, CO 80908-5270 |
| 15186935 | + | Ryan Spiegel, 4621 S. Crescent Blvd, Pennsauken, NJ 08110-6421 |
| 15186936 | + | Sage Soronen, 9794 W Maryland Dr, Denver, CO 80232-5046 |
| 15186937 | + | Sarah DeVore, 5526 W 72nd Pl, Arvada, CO 80003-3304 |
| 15186938 | + | Scot Stambaugh, 7044 Blue Hill Rd, Glenville, PA 17329-9010 |
| 15186939 | + | Scott Ford, 178 Canterbury Rd, Mount Laurel, NJ 08054-1417 |
| 15186940 | + | Scott Frankel, 11 E. Berkley Ave., #B, Clifton Heights, PA 19018-2321 |
| 15186941 | + | Scott Hauseman, 5 Virginia Ave, Reading, PA 19608-9303 |
| 15186942 | + | Scott Zeigler, 283 Schweitz Road, Fleetwood, PA 19522-9727 |
| 15186943 | + | Shae Robinson, 13511 Northgate Estate Dr., #110, Colorado Springs, CO 80921-7664 |
| 15186944 | + | Shane Campbell, 25 Wellesley Rd, Swarthmore, PA 19081-1232 |
| 15186945 | + | Shannon Richardson, 30 Golf Gate Ln, Colorado Springs, CO 80906-4861 |
| 15186946 | + | Sharon Lawson England, 501 Apple HIll Dr, Easton, PA 18040-7863 |
| 15186947 | + | Sheri Hazelloop, 1685 Fawnwood Rd, Monument, CO 80132-9522 |
| 15186948 | + | Signapay Direct LLC, 6440 N. Belt Line Rd., Suite 125, Irving, TX 75063-6039 |
| 15186949 | + | Silver Falls LLC, 701 Foulk Road, Suite 1A, Wilmington, DE 19803-3733 |
| 15186951 | + | Sinking Springs, Attn: Joe Schorn, 1121 Telegraph Rd, West Chester, PA 19380-1614 |
| 15186953 | + | Southmont LLC, Dept 458501-21520-00083432, PO Box 809217, Chicago, IL 60680-9201 |
| 15186954 | + | Square Funding LLC dba Sq Advance, 7901 4th St N, Saint Petersburg, FL 33702-4305 |
| 15186956 | + | Stacy Swann, 112 Bulle Rock Dr, Centreville, MD 21617-2640 |
| 15186958 | + | Stephen Arnold, 905 Navajo Dr, Florissant, CO 80816-8697 |
| 15186959 | + | Steve Nudd, 103 Lakewood Dr, Coatesville, PA 19320-1082 |
| 15186960 | + | Steve Reilly, 110 Ovington Rd 19067-7316 |
| 15186961 | + | Steven Heath, 313 Oak Rd, Glenside, PA 19038-3916 |
| 15186962 | + | Styslinger, 35 Westminster Lane, Phoenixville, PA 19460-5742 |
| 15186963 | + | Superior Moving and Storage, Inc., PO Box 17795, Philadelphia, PA 19135-0795 |
| 15186964 | + | Superior Wellness, 106 Logistics Drive, Cameron, SC 29030-9521 |
| 15186965 | + | Susan Dinardo, 1297 Irma Rd, Warminster, PA 18974-1929 |
| 15186966 | | Susan Ford, 78 Canterbury Rd, Mount Laurel, NJ 08054 |
| 15186967 | + | Susan Polomski, 10 Ely Farm Ln, Newtown, PA 18940-2627 |
| 15186968 | | Teresa Tobey, 1272 PA-940, Pocono Lake, PA 18347 |
| 15186969 | + | Terry Hagerman, 2422 Hagerman St, Colorado Springs, CO 80904-3229 |
| 15186971 | + | Thomas Helmig, 10 Springton point Dr, Newtown Square, PA 19073-3930 |
| 15186972 | + | Thryv, PO Box 619009, Dallas, TX 75261-9009 |
| 15186973 | + | Tiffany Severson, 5525 Coyote Lane, Peyton, CO 80831-7333 |
| 15186974 | + | Tim Earle, 730 Harriton Rd, Bryn Mawr, PA 19010-1707 |
| 15186975 | + | Tim Sage, 14 Yorktown Dr, Marlton, NJ 08053-1011 |

| | | |
|---|---|---|
| 15186976 | + | Todd Breck, 37 Old Guyencourt Rd, Wilmington, DE 19807-1415 |
| 15186977 | + | Todd Meyers, 887 Panoramic Dr, Monument, CO 80132-6182 |
| 15186978 | + | Tom Landauer, 540 Cowpath Rd, Hatfield, PA 19440-2712 |
| 15186980 | + | Tracy Harpe, 3 Floyd Cir, Middletown, DE 19709-7965 |
| 15186981 | + | Tracy L. Ashmore, Esq, Robinson Waters & O'Dorisio, PC, 1099 18th St, Suite 2600, Denver, CO 80202-1926 |
| 15186982 | + | Troy N. Draughn, 119 Hayes St, Chester, PA 19013-2317 |
| 15186983 | + | Troy Tradewell, 385 Creek Rd, Doylestown, PA 18901-5543 |
| 15186985 | + | Turnstone Custom Homes, 37395 Oyster House Rd, Rehoboth Beach, DE 19971-8058 |
| 15186986 | + | Tyler Chytraus, 2335 N. Fire Ln, Vincentown, NJ 08088-3538 |
| 15186988 | | US Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |
| 15186989 | + | Wail Hashimi, 13680 Eureka Ranch Trail, Salida, CO 81201-8585 |
| 15186990 | + | Wellis USA, 20801 Biscayne Blvd, Suite 403, Office 415, Miami, FL 33180-1474 |
| 15186991 | | Wells Fargo Retail Services, MAC F0006-06B P.O. Box 10373, Des Moines, IA 50306 |
| 15186993 | + | William Jones, 10 Chesterton Dr, Landenberg, PA 19350-1161 |
| 15186994 | + | Worldpay, 8500 Governors Hill Dr, Cincinnati, OH 45249-1384 |
| 15186995 | + | Yonatan Klestzick, Esq, Lieberman and Klestzick, LLP, PO Box 356, Cedarhurst, NY 11516-0356 |

TOTAL: 246

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: hsmiller@gsbblaw.com | Sep 22 2026 02:30:00 | HOLLY SMITH MILLER, Gellert Seitz Busenkell & Brown, LLC, 901 Market Street, Suite 3020, Philadelphia, PA 19107 |
| tr | + | EDI: QLEFELDMAN.COM | Sep 22 2026 06:29:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Sep 22 2026 02:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 22 2026 02:30:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15186776 | | EDI: CODEPREV.COM | Sep 22 2026 06:29:00 | Colorado Department of Revenue, P.O. Box 17087, Denver, CO 80217-0087 |
| 15186805 | ^ | MEBN | Sep 22 2026 02:28:56 | First Corporate Solutions, As representative, 914 S. Street, Sacramento, CA 95811-7025 |
| 15186806 | + | Email/Text: disclosures@forafinancial.com | Sep 22 2026 02:30:00 | Fora Financial Asset Securization, 1385 Broadway, 15th Fl, New York, NY 10018-6015 |
| 15186807 | + | Email/Text: julie@foxbusinessfunding.com | Sep 22 2026 02:30:00 | Fox Funding Group LLC, 803 S 21st Ave, Hollywood, FL 33020-6962 |
| 15186813 | + | EDI: PHINAMERI.COM | Sep 22 2026 06:29:00 | GM Financial, 801 Cherry St., Suite 3500, Fort Worth, TX 76102-6854 |
| 15186818 | | Email/Text: headwaybnc@enova.com | Sep 22 2026 02:30:00 | Headway Capital, 175 W. Jackson Blvd. Suite 1000, Chicago, IL 60604 |
| 15186825 | | EDI: IRS.COM | Sep 22 2026 06:29:00 | Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 15186907 | + | EDI: PENNDEPTREV | Sep 22 2026 06:29:00 | PA Dept of Revenue, 1131 Strawberry Square, Harrisburg, PA 17128-0001 |
| 15187267 | | EDI: PENNDEPTREV | Sep 22 2026 06:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15186926 | | Email/Text: clientsuccess@risealliance.com | Sep 22 2026 02:30:36 | Rise Alliance, 22 W 38th St., 2nd Fl, New York, NY 10018 |
| 15186930 | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 22 2026 02:29:04 | Robinson Waters & O'Dorisio, 1099 18th St., Unit 2600, Denver, CO 80202-1926 |
| 15186957 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 22 2026 02:30:00 | State Of New Jersey, New Jersey Division of Taxation, P.O. Box 190, Trenton, NJ 08695 |
| 15186955 | + | Email/Text: bankruptcynotices@squareup.com | Sep 22 2026 02:31:00 | Square Inc., 1455 Market St., Suite 600, San Francisco, CA 94103-1332 |
| 15186970 | | Email/Text: bankruptcycollectionsunit@thehartford.com | Sep 22 2026 02:30:00 | The Hartford, One Hartford Plaza, 690 Asylum Ave, 06155 |
| 15186979 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 22 2026 02:30:00 | Toyota Financial, PO Box 22171, Tempe, AZ 85285-2171 |
| 15186987 | + | Email/Text: bankruptcynotices@sba.gov | Sep 22 2026 02:30:00 | US Small Business Administration, 409 3rd St, SW, Washington, DC 20416-0005 |
| 15186992 | + | Email/Text: legalSOP@WEXInc.com | Sep 22 2026 02:30:00 | Wex Bank, P.O. Box 639, 1 Hancock St, Portland, ME 04101-4217 |
| 15186994 | ^ | MEBN | Sep 22 2026 02:29:05 | Worldpay, 8500 Governors Hill Dr, Cincinnati, OH 45249-1384 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15186952 | | Smash My Trash, PO Box 218, DE 19832 |
| 15186984 | | Turchiarolo's Lawn Service, PO Box 218, DE 19832 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15186950 | *+ | Silver Falls LLC, 701 Foulk Rd, Suite 1A, Wilmington, DE 19803-3733 |
| 15186753 | ##+ | Bluevine Financial, 30 Montgomery St., Suite 1400, Jersey City, NJ 07302-3857 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Half Price Hot Tubs, LLC<br>Name | EIN: 81−3645358 | |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter: | 7 9/17/26 |
| Case number: | 26−13888−djb | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.
To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Half Price Hot Tubs, LLC | |
| 2. **All other names used in the last 8 years** | dba Jacuzzi Hot Tubs of SEPA, dba High Altitude Hot Tubs, dba Wellis Hot Tubs Co, dba Jacuzzi Hot Tubs of Southeastern PA & Wilmington, dba Wellis Hot Tubs of Colorado | |
| 3. **Address** | PO Box 7<br>Westtown, PA 19395 | |
| 4. **Debtor's attorney**<br>Name and address | HOLLY SMITH MILLER<br>Gellert Seitz Busenkell & Brown, LLC<br>901 Market Street<br>Suite 3020<br>Philadelphia, PA 19107 | Contact phone 215−238−0012<br>Email: hsmiller@gsbblaw.com |
| 5. **Bankruptcy trustee**<br>Name and address | LYNN E. FELDMAN<br>Lynn E. Feldman, Trustee<br>2310 Walbert Ave<br>Ste 103<br>Allentown, PA 18104 | Contact phone 610−530−9285<br>Email: trustee.feldman@rcn.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office −− 9:00 A.M. to 4:00 P.M; Reading Office −− 9:00 A.M. to 4:00 P.M.<br>Contact phone (215)408−2800<br>Date: 9/21/26 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 21, 2026 at 01:30 PM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635−2246, Enter Meeting ID 338 913 1039, and Passcode 3443449121**<br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |