**Fill in this information to identify the case:**

Debtor name **Half Price Hot Tubs, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **26-13888**

■ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Allison Devito**<br>**64 Mohawk Dr**<br>**Richboro, PA 18954** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,103.12** | **$1,103.12** |
| | Date or dates debt was incurred<br>**4.10.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Ann Gillette**<br>**4002 Tamarind Dr**<br>**Bethlehem, PA 18020** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17,474.00** | **$3,800.00** |
| | Date or dates debt was incurred<br>**6.30.25** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

2.3 Priority creditor's name and mailing address
**Anthony Dilorenzo**
**4695 Park Ln**
**Aston, PA 19014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,042.70** **$1,042.70**

Date or dates debt was incurred
**11.17.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.4 Priority creditor's name and mailing address
**Benjamin N. Stow**
**18 Independence Ct**
**Marcus Hook, PA 19061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,655.00** **$3,800.00**

Date or dates debt was incurred
**7.26.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.5 Priority creditor's name and mailing address
**Bill Bear**
**2500 Creekside Dr**
**Lansdale, PA 19446**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,267.70** **$1,267.70**

Date or dates debt was incurred
**1.9.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.6 Priority creditor's name and mailing address
**Bill Phillips**
**304 Knollwood Dr**
**Easton, PA 18040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$29,986.00** **$3,800.00**

Date or dates debt was incurred
**5.15.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

2.7 Priority creditor's name and mailing address
**Bob Hauser**
**165 Steiner Way**
**Perkiomenville, PA 18074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,171.00** **$3,800.00**

Date or dates debt was incurred
**7.22.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8 Priority creditor's name and mailing address
**Bob Heath**
**7030 Upper York Rd.**
**New Hope, PA 18938**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00** **$500.00**

Date or dates debt was incurred
**2.21.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.9 Priority creditor's name and mailing address
**Bob Schultz**
**30 Chipmunk Ln**
**Media, PA 19063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$241.47** **$241.47**

Date or dates debt was incurred
**1.31.26**

Basis for the claim:
**Product Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.10 Priority creditor's name and mailing address
**Bordson**
**2752 Allegheny Dr**
**Blakeslee, PA 18610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00** **$500.00**

Date or dates debt was incurred
**12.12.24**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

| | | | | |
|---|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address<br>**Brian James**<br>**329 Ware Road**<br>**Newark, DE 19711** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,000.00** | **$3,800.00** |
| | Date or dates debt was incurred<br>**7.15.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.12 | Priority creditor's name and mailing address<br>**Bruce Tinor**<br>**2805 English Ln**<br>**Whitehall, PA 18052** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,906.94** | **$1,906.94** |
| | Date or dates debt was incurred<br>**4.6.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.13 | Priority creditor's name and mailing address<br>**Bryan Seidl**<br>**63 Downing Dr**<br>**Reading, PA 19610** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100.00** | **$100.00** |
| | Date or dates debt was incurred<br>**2025** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.14 | Priority creditor's name and mailing address<br>**Christy Mitchell**<br>**2790 Telluride Dr**<br>**Colorado Springs, CO 80918** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,200.00** | **$1,200.00** |
| | Date or dates debt was incurred<br>**5.13.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

2.15 Priority creditor's name and mailing address
**Colorado Department of Revenue**
**P.O. Box 17087**
**Denver, CO 80217-0087**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,195.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Sales Tax**

Last 4 digits of account number **8329**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.16 Priority creditor's name and mailing address
**Colorado Department of Revenue**
**P.O. Box 17087**
**Denver, CO 80217-0087**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim: **Payroll Tax**

Last 4 digits of account number **5358**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.17 Priority creditor's name and mailing address
**Damon Wheeler**
**1005 Rhoades Ave**
**Clifton Heights, PA 19018**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,276.70** **$3,800.00**

Date or dates debt was incurred **4.14.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.18 Priority creditor's name and mailing address
**David Sutula**
**40 Woodside Dr**
**Easton, PA 18042**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$22,363.40** **$3,800.00**

Date or dates debt was incurred **12.7.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

2.19 Priority creditor's name and mailing address
**David Wilson**
**22 Bennington Rd**
**Annandale, NJ 08801**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,562.00** **$3,800.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1026**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.20 Priority creditor's name and mailing address
**Deb Bertonazzi**
**5575 Genoa Ave**
**Vineland, NJ 08361**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,041.70** **$1,041.70**

Date or dates debt was incurred
**8.8.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.21 Priority creditor's name and mailing address
**Dominick Lafauci**
**220 Benjamin Franklin Pkwy**
**Unit S1005**
**Philadelphia, PA 19130**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,900.00** **$1,900.00**

Date or dates debt was incurred
**6.14.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.22 Priority creditor's name and mailing address
**Ed Winters**
**225 Autumn Dr**
**Bangor, PA 18013**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,414.00** **$3,800.00**

Date or dates debt was incurred
**6.6.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

2.23 Priority creditor's name and mailing address
**Gavin Jones**
**285 E Deer Trail Rd**
**Clayton, DE 19938**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$995.00** **$995.00**

Date or dates debt was incurred **7.12.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.24 Priority creditor's name and mailing address
**Gina Giarratana**
**558 State Rd**
**Coopersburg, PA 18036**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00** **$500.00**

Date or dates debt was incurred **2.28.23**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.25 Priority creditor's name and mailing address
**Heidi Page**
**440 Spring St**
**Colorado Springs, CO 80905**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,200.00** **$1,200.00**

Date or dates debt was incurred **12.25.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.26 Priority creditor's name and mailing address
**Internal Revenue Service**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$101,232.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **941 Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

2.27 Priority creditor's name and mailing address
**Internal Revenue Service**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**940 Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.28 Priority creditor's name and mailing address
**Internal Revenue Service**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**1040-Personal/Business**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.29 Priority creditor's name and mailing address
**James Simons**
**202 Donnelly Ave**
**Aston, PA 19014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$16,649.00** **$16,649.00**

Date or dates debt was incurred

Basis for the claim:
**Wages/Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.30 Priority creditor's name and mailing address
**Jason Douglass**
**204 Philellena Rd**
**Cherry Hill, NJ 08034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,836.00** **$0.00**

Date or dates debt was incurred
**12.8.24**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

2.31 Priority creditor's name and mailing address
**Jay Golde**
**29 Manorhouse Dr**
**Cherry Hill, NJ 08003**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,863.00** **$3,800.00**

Date or dates debt was incurred
**7.25.26**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.32 Priority creditor's name and mailing address
**Jeff Mastronar**
**209 Marie Rd**
**West Chester, PA 19380**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,254.70** **$1,254.70**

Date or dates debt was incurred
**3.25.26**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.33 Priority creditor's name and mailing address
**Jeniffer Coughlin**
**6643 N. Windfield Ave**
**Parker, CO 80134**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$600.00** **$600.00**

Date or dates debt was incurred
**10.3.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.34 Priority creditor's name and mailing address
**Joe Greim**
**210 N. Middletown Rd**
**Media, PA 19063**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,709.10** **$3,800.00**

Date or dates debt was incurred
**11.11.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

2.35 Priority creditor's name and mailing address
**Joe Hackathorne**
**17374 Crimson Clover Dr**
**Monument, CO 80132**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,200.00** **$3,800.00**

Date or dates debt was incurred
**3.7.26**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.36 Priority creditor's name and mailing address
**Joe Nagel**
**PO Box 1724**
**Butler, PA 16003**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred
**6.3.26**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.37 Priority creditor's name and mailing address
**Joel Tarantino**
**477 Federal City Rd**
**Pennington, NJ 08534**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,497.35** **$3,800.00**

Date or dates debt was incurred
**11.28.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.38 Priority creditor's name and mailing address
**Jose Batista**
**112 Aldin Rd**
**Stewartsville, NJ 08886**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00** **$1,000.00**

Date or dates debt was incurred
**1.25.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

2.39 Priority creditor's name and mailing address
**Joseph Gaffney**
**2217 Andrew Dr**
**Easton, PA 18040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00** **$1,000.00**

Date or dates debt was incurred
**4.20.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.40 Priority creditor's name and mailing address
**Justin Bittner**
**14 N. Market St**
**Gibbstown, NJ 08027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,200.00** **$2,200.00**

Date or dates debt was incurred
**4.526**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.41 Priority creditor's name and mailing address
**Kamil Wyrzykowski**
**9 Edgewood Dr**
**Holmdel, NJ 07733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$26,656.25** **$3,800.00**

Date or dates debt was incurred
**4.8.26**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.42 Priority creditor's name and mailing address
**Karl Venneberg**
**2302 Merlot Drive**
**Colorado Springs, CO 80918**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,321.00** **$1,321.00**

Date or dates debt was incurred
**5.13.26**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

2.43 Priority creditor's name and mailing address
**Keith Chapman**
**11742 Braun Way**
**Conifer, CO 80433**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00** **$1,000.00**

Date or dates debt was incurred
**8.14.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.44 Priority creditor's name and mailing address
**Keith Juvera**
**6650 Vincent Frontage Road 140**
**Colorado Springs, CO 80918**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00** **$1,000.00**

Date or dates debt was incurred
**2024**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.45 Priority creditor's name and mailing address
**Kelly Rohrer**
**433 Hickory Ave**
**Penns Grove, NJ 08069**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,374.00** **$3,800.00**

Date or dates debt was incurred
**8.8.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.46 Priority creditor's name and mailing address
**Kevan Iffrig**
**2690 Merion Dr**
**Center Valley, PA 18034**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$15,727.00** **$3,800.00**

Date or dates debt was incurred
**6.19.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

2.47 Priority creditor's name and mailing address
**Kip Baker**
**5984 High Noon Ave**
**Colorado Springs, CO 80923**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,241.39** **$3,800.00**

Date or dates debt was incurred
**3.21.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.48 Priority creditor's name and mailing address
**Landon Nau**
**869 W. Blakeland Dr**
**Pueblo, CO 81007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$800.00** **$800.00**

Date or dates debt was incurred
**11.25.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.49 Priority creditor's name and mailing address
**Lee Edsill**
**1107 Paine Rd**
**Ambler, PA 19002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12,485.00** **$3,800.00**

Date or dates debt was incurred
**2.5.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.50 Priority creditor's name and mailing address
**Linda Kerstetter**
**648 Martin Dr**
**Avondale, PA 19311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,946.00** **$3,800.00**

Date or dates debt was incurred
**5.22.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

2.51 Priority creditor's name and mailing address
**Lou Sargent**
**2 North Forest Hills**
**Downingtown, PA 19335**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$49,476.00** **$3,800.00**

Date or dates debt was incurred
**8.14.24**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.52 Priority creditor's name and mailing address
**Louis Taylor**
**3524 Hopkins Dr**
**Wilmington, DE 19808**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,000.00** **$3,800.00**

Date or dates debt was incurred
**11.24.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.53 Priority creditor's name and mailing address
**Matt Burnell**
**7562 S Vine St**
**Littleton, CO 80122**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$400.00** **$400.00**

Date or dates debt was incurred
**6.13.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.54 Priority creditor's name and mailing address
**Matthew Empfield**
**220 Thomas Hll Rd**
**Fombell, PA 16123**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,641.00** **$3,800.00**

Date or dates debt was incurred
**12.30.24**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.55 Priority creditor's name and mailing address
**Michael Higgin**
**937 Woods Rd**
**Bear, DE 19701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00** **$500.00**

Date or dates debt was incurred
**1.15.23**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.56 Priority creditor's name and mailing address
**Michael Smith**
**8030 Dorcas St**
**Philadelphia, PA 19152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,340.83** **$1,340.83**

Date or dates debt was incurred
**5.18.26**

Basis for the claim:
**Product Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.57 Priority creditor's name and mailing address
**Mike Bongiorno**
**115 Marlin Ave**
**Folsom, PA 19033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,474.00** **$3,800.00**

Date or dates debt was incurred
**4.5.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.58 Priority creditor's name and mailing address
**Misti Eisenhauer**
**3262 Montebello Dr. W**
**Colorado Springs, CO 80918**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,176.00** **$3,800.00**

Date or dates debt was incurred
**7.9.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

**2.59** Priority creditor's name and mailing address
**PA Dept of Revenue**
**1131 Strawberry Square**
**Harrisburg, PA 17128**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$41,047.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Sales Tax**

Last 4 digits of account number **8953**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.60** Priority creditor's name and mailing address
**PA Dept of Revenue**
**1131 Strawberry Square**
**Harrisburg, PA 17128**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,639.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Employee Withholding Tax**

Last 4 digits of account number **2569**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.61** Priority creditor's name and mailing address
**Patrick McEvoy**
**2339 Overlook Dr**
**Bethlehem, PA 18017**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,526.00** **$3,526.00**

Date or dates debt was incurred **11.15.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.62** Priority creditor's name and mailing address
**Phil and Lisa Davidson**
**1900 Chautauqua Trail**
**Malvern, PA 19355**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,000.00** **$2,000.00**

Date or dates debt was incurred **2.22.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

| | | | | |
|---|---|---|---|---|
| 2.63 | Priority creditor's name and mailing address<br>**Phil Low**<br>**2434 S. Yank Circle**<br>**Denver, CO 80228** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,068.75** | **$1,068.75** |
| | Date or dates debt was incurred<br>**2.9.25** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.64 | Priority creditor's name and mailing address<br>**Ravi and Carrie Samy**<br>**2625 Stonewall Dr**<br>**Center Valley, PA 18034** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,476.04** | **$3,800.00** |
| | Date or dates debt was incurred<br>**10.19.25** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.65 | Priority creditor's name and mailing address<br>**Ravi and Carrie Samy**<br>**2625 Stonewall Dr**<br>**Center Valley, PA 18034** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,476.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payment for Hot Tub ordered but not received** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.66 | Priority creditor's name and mailing address<br>**Richard Taylor**<br>**204 Glenwood Ave**<br>**Wilmington, DE 19803** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,000.00** | **$3,800.00** |
| | Date or dates debt was incurred<br>**7.3.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

2.67 Priority creditor's name and mailing address
**Richard Toomey**
**2717 W. 13th St.**
**Greeley, CO 80634**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred
**3.12.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.68 Priority creditor's name and mailing address
**Robin Bachelet**
**304 Camino Real**
**Fort Collins, CO 80524**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$860.00** **$860.00**

Date or dates debt was incurred
**6.26.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.69 Priority creditor's name and mailing address
**Ronit Lodd**
**1942 Broadway St**
**Boulder, CO 80302**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,790.00** **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Deposit for hot tub**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.70 Priority creditor's name and mailing address
**Ryan Moberly**
**11094 Tranquil Water Dr**
**Colorado Springs, CO 80908**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$982.39** **$982.39**

Date or dates debt was incurred
**6.26.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

2.71 Priority creditor's name and mailing address
**Sage Soronen**
**9794 W Maryland Dr**
**Denver, CO 80232**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$310.00** **$310.00**

Date or dates debt was incurred
**3.5.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.72 Priority creditor's name and mailing address
**Sarah DeVore**
**5526 W 72nd Pl**
**Arvada, CO 80003**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$605.24** **$605.24**

Date or dates debt was incurred
**3.20.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.73 Priority creditor's name and mailing address
**Scot Stambaugh**
**7044 Blue Hill Rd**
**Glenville, PA 17329**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$17,495.00** **$3,800.00**

Date or dates debt was incurred
**7.12.26**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.74 Priority creditor's name and mailing address
**Shae Robinson**
**13511 Northgate Estate Dr., #110**
**Colorado Springs, CO 80921**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,441.00** **$1,441.00**

Date or dates debt was incurred
**8.2.26**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

| | | | | |
|---|---|---|---|---|
| 2.75 | Priority creditor's name and mailing address<br>**Shane Campbell**<br>**25 Wellesley Rd**<br>**Swarthmore, PA 19081** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$27,854.70** | **$3,800.00** |
| | Date or dates debt was incurred<br>**4.16.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.76 | Priority creditor's name and mailing address<br>**Shannon Richardson**<br>**30 Golf Gate Ln**<br>**Colorado Springs, CO 80906** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$195.00** | **$195.00** |
| | Date or dates debt was incurred<br>**3.11.25** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.77 | Priority creditor's name and mailing address<br>**Sharon Lawson England**<br>**501 Apple HIll Dr**<br>**Easton, PA 18040** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,700.00** | **$1,700.00** |
| | Date or dates debt was incurred<br>**2024** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.78 | Priority creditor's name and mailing address<br>**Sheri Hazelloop**<br>**1685 Fawnwood Rd**<br>**Monument, CO 80132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,047.00** | **$1,047.00** |
| | Date or dates debt was incurred<br>**6.2.26** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

| | | | | |
|---|---|---|---|---|
| 2.79 | Priority creditor's name and mailing address<br>**State Of New Jersey**<br>**New Jersey Division of Taxation**<br>**P.O. Box 190**<br>**Trenton, NJ 08695** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$65,133.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**S&U-Sls tax** | | |
| | Last 4 digits of account number **5358**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.80 | Priority creditor's name and mailing address<br>**State Of New Jersey**<br>**New Jersey Division of Taxation**<br>**P.O. Box 190**<br>**Trenton, NJ 08695** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**GIT-ER** | | |
| | Last 4 digits of account number **5358**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.81 | Priority creditor's name and mailing address<br>**Stephen Arnold**<br>**905 Navajo Dr**<br>**Florissant, CO 80816** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$800.00** | **$800.00** |
| | Date or dates debt was incurred<br>**11.17.25** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.82 | Priority creditor's name and mailing address<br>**Styslinger**<br>**35 Westminster Lane**<br>**Phoenixville, PA 19460** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** | **$500.00** |
| | Date or dates debt was incurred<br>**4.6.24** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

2.83 Priority creditor's name and mailing address
**Teresa Tobey**
**1272 PA-940**
**Pocono Lake, PA 18347**

As of the petition filing date, the claim is: **$12,114.00** **$3,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5.2.26**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.84 Priority creditor's name and mailing address
**Terry Hagerman**
**2422 Hagerman St**
**Colorado Springs, CO 80904**

As of the petition filing date, the claim is: **$1,617.59** **$1,617.59**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6.4.25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.85 Priority creditor's name and mailing address
**Tiffany Severson**
**5525 Coyote Lane**
**Peyton, CO 80831**

As of the petition filing date, the claim is: **$1,049.00** **$1,049.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7.18.26**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.86 Priority creditor's name and mailing address
**Tim Sage**
**14 Yorktown Dr**
**Marlton, NJ 08053**

As of the petition filing date, the claim is: **$13,993.00** **$3,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6.6.26**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

2.87 Priority creditor's name and mailing address
**Todd Meyers**
**887 Panoramic Dr**
**Monument, CO 80132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$300.00** **$300.00**

Date or dates debt was incurred
**9.17.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.88 Priority creditor's name and mailing address
**Tracy Harpe**
**3 Floyd Cir**
**Middletown, DE 19709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00** **$500.00**

Date or dates debt was incurred
**9.8.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.89 Priority creditor's name and mailing address
**Turnstone Custom Homes**
**37395 Oyster House Rd**
**Rehoboth Beach, DE 19971**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,488.00** **$3,800.00**

Date or dates debt was incurred
**2.11.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

2.90 Priority creditor's name and mailing address
**Tyler Chytraus**
**2335 N. Fire Ln**
**Vincentown, NJ 08088**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,148.70** **$1,148.70**

Date or dates debt was incurred
**5.29.26**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

2.91 Priority creditor's name and mailing address
**Wail Hashimi**
**13680 Eureka Ranch Trail**
**Salida, CO 81201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$703.00** **$703.00**

Date or dates debt was incurred
**2.3.25**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**2110 Route 70 LLC**
**Markeim Chalmers Inc.**
**2110 Route 70 E**
**Cherry Hill, NJ 08034**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** lawsuit
Is the claim subject to offset? ■ No ☐ Yes

**$70,821.31**

3.2 **Nonpriority creditor's name and mailing address**
**Alderfer Glass Company**
**144 Telford Pike**
**Telford, PA 18969**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3 **Nonpriority creditor's name and mailing address**
**Alice Farino**
**6 Chalfont St**
**Riverton, NJ 08077**
**Date(s) debt was incurred** 3.19.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

**$1,490.00**

3.4 **Nonpriority creditor's name and mailing address**
**Amy Daub**
**155 Weaver Rd**
**Zionsville, PA 18092**
**Date(s) debt was incurred** 7.14.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

**$842.70**

3.5 **Nonpriority creditor's name and mailing address**
**Andrea Lycette**
**5230 Skyview Dr**
**Coopersburg, PA 18036**
**Date(s) debt was incurred** 11.9.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

**$1,490.00**

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

3.6 **Nonpriority creditor's name and mailing address**
**Anthoney Dicioccio**
**714 Sussex Rd**
**Wynnewood, PA 19096**
**Date(s) debt was incurred** 2.9.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,190.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
**Audacy, Inc.**
**2400 Market St., 4th Fl**
**Philadelphia, PA 19103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$47,940.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8 **Nonpriority creditor's name and mailing address**
**Ben & Linnea Chapman**
**6855 Snowbird Dr.**
**Colorado Springs, CO 80918**
**Date(s) debt was incurred** 2.2.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
**Betsy Scott**
**9 Twaddell Mill Rd**
**Wilmington, DE 19807**
**Date(s) debt was incurred** 11.13.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
**Biberk Insurance Services**
**1314 Douglas St., #1400**
**Omaha, NE 68102**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7246

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
**Bill Mckee**
**1340 N. Avignon Dr**
**Gladwyne, PA 19035**
**Date(s) debt was incurred** 7.24.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,460.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
**Blaise Belfiore**
**17071 S. Rand St., Unit 5305**
**Lewes, DE 19958**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** lawsuit
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**

| # | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.13 | **BlueGrace Logistics**<br>**Dept 108**<br>**PO Box 4964**<br>**Houston, TX 77210**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $509.25 |
| 3.14 | **Bluevine Financial**<br>**30 Montgomery St., Suite 1400**<br>**Jersey City, NJ 07302**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $56,704.00 |
| 3.15 | **Bob Skow**<br>**910 Union Church Rd**<br>**Townsend, DE 19734**<br>Date(s) debt was incurred 2.25.26<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes | $1,118.00 |
| 3.16 | **Bob Steiner**<br>**1263 Stackhouse Mill Rd**<br>**Newtown Square, PA 19073**<br>Date(s) debt was incurred 3.16.26<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Product Owed<br>Is the claim subject to offset? ■ No ☐ Yes | $1,737.02 |
| 3.17 | **Bramblewood 89 LLC**<br>**40 Morris Avenue, Suite 150**<br>**Bryn Mawr, PA 19010**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.18 | **Brooke Watson**<br>**460 Kirck Rd**<br>**Elkton, MD 21921**<br>Date(s) debt was incurred 2.3.26<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes | $2,490.00 |
| 3.19 | **Burlington Investments LLC**<br>**c/o DMS Management LLC**<br>**1720 S. Bellaire St, Suite 200**<br>**Denver, CO 80216**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: lease<br>Is the claim subject to offset? ■ No ☐ Yes | $81,991.49 |

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**

Name

3.20 **Nonpriority creditor's name and mailing address**
**Business Law**
**90 S. Cascade Ave., Suite 400**
**80903**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$727.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.21 **Nonpriority creditor's name and mailing address**
**Cambridge Partnership Holdings, LLC**
**9 Hickery Lane**
**Wallingford, PA 19086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$57,952.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Judgment
Is the claim subject to offset? ■ No ☐ Yes

---

3.22 **Nonpriority creditor's name and mailing address**
**Carosella & Associates, PC**
**882 S. Matlack St, Suite 101**
**West Chester, PA 19382**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal Fees
Is the claim subject to offset? ■ No ☐ Yes

---

3.23 **Nonpriority creditor's name and mailing address**
**CBS TV Stations**
**Paramount**
**1515 Broadway**
**New York, NY 10036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$86,054.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.24 **Nonpriority creditor's name and mailing address**
**Chris Hardinger**
**630 Spruce Ln**
**Berwyn, PA 19312**
**Date(s) debt was incurred** 8.19.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,517.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

---

3.25 **Nonpriority creditor's name and mailing address**
**Chris Rose**
**239 Berkley Rd**
**Devon, PA 19333**
**Date(s) debt was incurred** 12.25.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,190.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

---

3.26 **Nonpriority creditor's name and mailing address**
**Clark JJ Inc**
**31B M. Pleasant Rd**
**Aston, PA 19014**
**Date(s) debt was incurred** 9/7/26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,475.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** forklift rental and repair
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.27 | **Concord 89 LLC**<br>**40 Morris Avenue, Suite 150**<br>**Bryn Mawr, PA 19010**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.28 | **Core Integrated Marketing**<br>**10450 W. 163rd Place**<br>**Orland Park, IL 60467**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.29 | **Cornerstone Law Firm LLC**<br>**8500 Allentown Pike**<br>**Blandon, PA 19510**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Legal fees from settlement agreement<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |
| 3.30 | **CSM Corporation**<br>**Rocky Moutain Properties LP**<br>**500 Washington Ave S., Suite 3000**<br>**Minneapolis, MN 55415**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Lease<br>Is the claim subject to offset? ■ No ☐ Yes | **$28,858.00** |
| 3.31 | **Daniel Byrne**<br>**70 Merbrook Lane**<br>**Merion Station, PA 19066**<br>Date(s) debt was incurred 3.3.25<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,190.00** |
| 3.32 | **Daryl Smith**<br>**3 Rockland Ct**<br>**Wilmington, DE 19803**<br>Date(s) debt was incurred 7.6.26<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,490.00** |
| 3.33 | **Dave Arnold**<br>**543 Powell Lane**<br>**West Chester, PA 19380**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Personal Loan<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.34 | **Dave Giles**<br>**10 Jessie Court**<br>**Glen Mills, PA 19342**<br>Date(s) debt was incurred **7.15.25**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Maintenance Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,490.00** |
| 3.35 | **David Harvey**<br>**1221 Yardley Rd**<br>**Morrisville, PA 19067**<br>Date(s) debt was incurred **1.13.26**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Maintenance Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,090.00** |
| 3.36 | **Dawn Starkey**<br>**15 Schoolhouse Ln**<br>**Glen Mills, PA 19342**<br>Date(s) debt was incurred **11.12.25**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Maintenance Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$84.73** |
| 3.37 | **Dennis Clark**<br>**1804 Jackson St**<br>**Riverton, NJ 08077**<br>Date(s) debt was incurred **6.26.26**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Maintenance Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,490.00** |
| 3.38 | **Dennis Quill**<br>**1204 Norbee Dr**<br>**Wilmington, DE 19803**<br>Date(s) debt was incurred **5.17.24**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Maintenance Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,790.00** |
| 3.39 | **Dublin Village, LLC**<br>**1888 Sherman St., #500**<br>**Denver, CO 80203**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Lease**<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,000.00** |
| 3.40 | **E.I.P. Limited Partnership**<br>**c/o H. Fintan McHugh, Esq**<br>**109 Chesley Dr**<br>**Media, PA 19063**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **judgment**<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,237.16** |

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

**3.41 Nonpriority creditor's name and mailing address**
**Elite Moving**
**1471 S. Pierce St**
**Denver, CO 80232**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.42 Nonpriority creditor's name and mailing address**
**Elsa & George Nastase**
**406 E Thomas Ave**
**North East, MD 21901**
**Date(s) debt was incurred** 12.2.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$105.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

**3.43 Nonpriority creditor's name and mailing address**
**Eugene & Faiza Wick**
**1235 Fieldstone Dr**
**West Chester, PA 19382**
**Date(s) debt was incurred** 7.29.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,836.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

**3.44 Nonpriority creditor's name and mailing address**
**Fora Financial Asset Securization**
**1385 Broadway, 15th Fl**
**New York, NY 10018**
**Date(s) debt was incurred** 7/11/125
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$584,835.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Unsecured loan / cash advance
Is the claim subject to offset? ■ No ☐ Yes

**3.45 Nonpriority creditor's name and mailing address**
**Fox Funding Group LLC**
**803 S 21st Ave**
**Hollywood, FL 33020**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$757,420.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** arbitration award
Is the claim subject to offset? ■ No ☐ Yes

**3.46 Nonpriority creditor's name and mailing address**
**Garton's Rigging**
**3436 N. Mill Rd**
**Vineland, NJ 08360**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,282.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.47 Nonpriority creditor's name and mailing address**
**Gavin Duckworth**
**845 Sunrise Dr**
**Kennett Square, PA 19348**
**Date(s) debt was incurred** 7.13.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,041.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.48 | **Ginamarie Ellis**<br>**200 Wawa Rd**<br>**Media, PA 19063**<br>Date(s) debt was incurred **2.3.26**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Maintenance Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,490.00** |
| 3.49 | **Grant N. Ziegler**<br>**5371 Bluebird Drive**<br>**New Tripoli, PA 18066**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **lawsuit**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.50 | **Greg Fleck**<br>**443 Lenape Lane**<br>**Morrisville, PA 19067**<br>Date(s) debt was incurred **5.1.26**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Product Owed**<br>Is the claim subject to offset? ■ No ☐ Yes | **$39.75** |
| 3.51 | **Greg Walsh**<br>**8915 Sunridge Hollow Rd**<br>**Parker, CO 80134**<br>Date(s) debt was incurred **8.18.26**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Product Owed**<br>Is the claim subject to offset? ■ No ☐ Yes | **$210.11** |
| 3.52 | **Headway Capital**<br>**175 W. Jackson Blvd. Suite 1000**<br>**Chicago, IL 60604**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **2471** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **unsecured loan / cash advance**<br>Is the claim subject to offset? ■ No ☐ Yes | **$123,081.95** |
| 3.53 | **HRP Southmont LLC**<br>**40 Morris Ave, Suite 150**<br>**Bryn Mawr, PA 19010**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **lawsuit**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.54 | **Iheart Media**<br>**20880 Stone Oak Parkway**<br>**San Antonio, TX 78258**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$95,124.00** |

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

**3.55** **Nonpriority creditor's name and mailing address**
**Indepence Blue Cross**
**901 Market St**
**Philadelphia, PA 19103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,141.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.56** **Nonpriority creditor's name and mailing address**
**Integrity Pools & Spas**
**168 W. Airport Rd**
**Lititz, PA 17543**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.57** **Nonpriority creditor's name and mailing address**
**Interactive M.P. Inc.**
**1100 Walkers Lane, Suite 303**
**Burlington, Ontario L7N 2G3**
**CANADA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,340.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.58** **Nonpriority creditor's name and mailing address**
**Intuit Business Capital**
**2700 Coast Ave**
**Mountain View, CA 94043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.59** **Nonpriority creditor's name and mailing address**
**J&K Trash**
**2325 W 2nd St**
**Chester, PA 19013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,598.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.60** **Nonpriority creditor's name and mailing address**
**Jacuzzi USA Corp**
**13925 City Center Drive, Suite 200**
**Chino Hills, CA 91709**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$82,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.61** **Nonpriority creditor's name and mailing address**
**James Riviello**
**c/o David C. Castellani, Esq**
**450 Tilton Road, Suite 245**
**Northfield, NJ 08225**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** NOTICE ONLY
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

3.62 **Nonpriority creditor's name and mailing address**
**James Scalise**
**1062 Lemar Circle**
**Merion Station, PA 19066**
**Date(s) debt was incurred** 2.10.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,118.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.63 **Nonpriority creditor's name and mailing address**
**James Zega**
**413 Bellaire Ave**
**Fort Washington, PA 19034**
**Date(s) debt was incurred** 7.16.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$795.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.64 **Nonpriority creditor's name and mailing address**
**Jeffrey Butcher**
**621 Old Gulph Rd**
**Narberth, PA 19072**
**Date(s) debt was incurred** 5.4.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,373.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.65 **Nonpriority creditor's name and mailing address**
**Jen Klingenberg**
**309 Winfield Rd**
**Devon, PA 19333**
**Date(s) debt was incurred** 2.12.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.66 **Nonpriority creditor's name and mailing address**
**Jennifer Stacey**
**1533 County Line Rd**
**Bryn Mawr, PA 19010**
**Date(s) debt was incurred** 7.27.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.67 **Nonpriority creditor's name and mailing address**
**Jim Provo**
**906 Shipley Rd**
**Wilmington, DE 19803**
**Date(s) debt was incurred** 9.25.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.68 **Nonpriority creditor's name and mailing address**
**Joanne Arizin**
**6 Pennsford Lane**
**Media, PA 19063**
**Date(s) debt was incurred** 8.7.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

3.69 **Nonpriority creditor's name and mailing address**
**John & Christine Paxson**
**18 Ballance Mill Rd**
**Nottingham, PA 19362**
**Date(s) debt was incurred** 4.10.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,159.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.70 **Nonpriority creditor's name and mailing address**
**Jon Cutler**
**2200 Arch St., Unit 1202**
**Philadelphia, PA 19103**
**Date(s) debt was incurred** 8.13.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.71 **Nonpriority creditor's name and mailing address**
**Jon Farber**
**19 Willow Rd**
**Wallingford, PA 19086**
**Date(s) debt was incurred** 8.17.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$842.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.72 **Nonpriority creditor's name and mailing address**
**Jorge Uribe**
**98 Valley Rd**
**Media, PA 19063**
**Date(s) debt was incurred** 7.19.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.73 **Nonpriority creditor's name and mailing address**
**Joseph Resnick**
**1226 Remington Rd**
**Wynnewood, PA 19096**
**Date(s) debt was incurred** 4.23.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,061.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.74 **Nonpriority creditor's name and mailing address**
**Josh Wilson**
**107 W Country Club Lane**
**Wallingford, PA 19086**
**Date(s) debt was incurred** 8.3.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.75 **Nonpriority creditor's name and mailing address**
**Judy Rhoads**
**657 Longview Dr**
**Huntingdon Valley, PA 19006**
**Date(s) debt was incurred** 2.6.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,218.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**

Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.76 | **Krista Resl Estate Corp**<br>**dba Warrington Pavilion Shopping Ctr**<br>**1111 Easton Rd., Suite 27**<br>**Warrington, PA 18976**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Lease<br>Is the claim subject to offset? ■ No ☐ Yes | **$28,000.00** |
| 3.77 | **Kristin Jumper**<br>**113 Fox Hollow Ln**<br>**Broomall, PA 19008**<br>**Date(s) debt was incurred** 3.4.26<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,090.00** |
| 3.78 | **Kyle Oliver**<br>**1627 Saddle Ln**<br>**Harrisburg, PA 17111**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Product Owed<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.79 | **Lori Martin-Stern**<br>**100 Rex Ave**<br>**Philadelphia, PA 19118**<br>**Date(s) debt was incurred** 9.3.25<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$225.00** |
| 3.80 | **Marianne Paidas**<br>**1 Carriage Rd**<br>**Wilmington, DE 19807**<br>**Date(s) debt was incurred** 9.8.26<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,490.00** |
| 3.81 | **Mark S. Wagner**<br>**14 Crozerville Rd., Suite D**<br>**Aston, PA 19014**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** NOTICE ONLY<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.82 | **Marketplace Events**<br>**2000 Auburn Drive, Suite 200**<br>**Beachwood, OH 44122**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,500.00** |

Debtor **Half Price Hot Tubs, LLC**
Name

Case number (if known) **26-13888**

3.83 **Nonpriority creditor's name and mailing address**
**Mary Bugey**
**831 Jefferson Way**
**West Chester, PA 19380**
**Date(s) debt was incurred** 7.15.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,395.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.84 **Nonpriority creditor's name and mailing address**
**Matt Swieczkowski**
**474 Greenwood Dr**
**Wilmington, DE 19808**
**Date(s) debt was incurred** 12.22.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$279.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.85 **Nonpriority creditor's name and mailing address**
**Maverick Processing**
**5230 Las Virgenes Rd., Suite 300**
**Calabasas, CA 91302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.86 **Nonpriority creditor's name and mailing address**
**Michael Mayton**
**507 Darby Rd**
**Havertown, PA 19083**
**Date(s) debt was incurred** 8.17.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$855.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.87 **Nonpriority creditor's name and mailing address**
**Michele Conforti**
**207 Chestnut St**
**Marcus Hook, PA 19061**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.88 **Nonpriority creditor's name and mailing address**
**Michelle & Tom Mirici**
**127 Brandon Rd**
**Pennington, NJ 08534**
**Date(s) debt was incurred** 4.28.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$655.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.89 **Nonpriority creditor's name and mailing address**
**Michelle Hanway**
**1040 Brick House Farm Ln**
**Newtown Square, PA 19073**
**Date(s) debt was incurred** 7.13.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$124.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**

Name

3.90 **Nonpriority creditor's name and mailing address**
**Mike Difilippo**
**26 Red Fox Dr**
**New Hope, PA 18938**
**Date(s) debt was incurred** 3.31.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,373.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.91 **Nonpriority creditor's name and mailing address**
**Mike Taylor**
**48 Pine Wood Dr**
**Doylestown, PA 18901**
**Date(s) debt was incurred** 8.27.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.92 **Nonpriority creditor's name and mailing address**
**Minal Mehta**
**114 Verdant Dr**
**Phoenixville, PA 19460**
**Date(s) debt was incurred** 8.26.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$990.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.93 **Nonpriority creditor's name and mailing address**
**Monopoly Moving & Storage**
**515 S. 4th St**
**Darby, PA 19023**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,050.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.94 **Nonpriority creditor's name and mailing address**
**Nancy Tancredi**
**762 S. Darien St**
**Philadelphia, PA 19147**
**Date(s) debt was incurred** 8.21.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,053.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.95 **Nonpriority creditor's name and mailing address**
**Nathan Doron**
**254 Rights Mill Rd**
**Gladwyne, PA 19035**
**Date(s) debt was incurred** 9.1.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$165.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.96 **Nonpriority creditor's name and mailing address**
**Nordic Spas**
**4655 Patterson Ave SE**
**Grand Rapids, MI 49512**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,835.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.97 | **NTI Security**<br>**PO Box 203**<br>**19008**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.98 | **Oksana Bogatyryova**<br>**248 Beaver Dam Rd**<br>**Long Pond, PA 18334**<br>**Date(s) debt was incurred** 4.17.26<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,090.00** |
| 3.99 | **Pamela Zimlin**<br>**1110 Fairland Dr**<br>**Ambler, PA 19002**<br>**Date(s) debt was incurred** 9.1.26<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$124.00** |
| 3.100 | **Pankaj Sharma**<br>**107 Anorea Ln**<br>**Spring City, PA 19475**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,488.00** |
| 3.101 | **Pascale Poussart**<br>**41 Aunt Molly Rd**<br>**Hopewell, NJ 08525**<br>**Date(s) debt was incurred** 12.20.25<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,990.00** |
| 3.102 | **Pat Murphy**<br>**70 Wynnedale Rd**<br>**Narberth, PA 19072**<br>**Date(s) debt was incurred** 11.13.25<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,490.00** |
| 3.103 | **Patricia & Ed Hall**<br>**162 Perkintown Rd**<br>**Pedricktown, NJ 08067**<br>**Date(s) debt was incurred** 4.13.26<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Product Owed<br>Is the claim subject to offset? ■ No ☐ Yes | **$174.77** |

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**

Name

**3.104** **Nonpriority creditor's name and mailing address**
**Patrick Mulhern**
**1719 Radcliff St**
**Bristol, PA 19007**
**Date(s) debt was incurred** 5.19.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,148.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

**3.105** **Nonpriority creditor's name and mailing address**
**Peter & Linda Crisanti**
**302 Crum Creek Lane**
**Newtown Square, PA 19073**
**Date(s) debt was incurred** 2.21.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,115.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

**3.106** **Nonpriority creditor's name and mailing address**
**Ray & Catherine Finnell**
**903 Old Orchard Ln**
**Bristol, PA 19007**
**Date(s) debt was incurred** 7.10.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,217.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

**3.107** **Nonpriority creditor's name and mailing address**
**Rebecca Smith**
**101 Klein Court**
**Doylestown, PA 18901**
**Date(s) debt was incurred** 7.21.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,852.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

**3.108** **Nonpriority creditor's name and mailing address**
**Revel Payments**
**575 Market St., Suite 2200**
**San Francisco, CA 94104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** CRM Software & Customer Payments
Is the claim subject to offset? ■ No ☐ Yes

**3.109** **Nonpriority creditor's name and mailing address**
**Richard Hentosh**
**32 Shady Brooke Ln.**
**Swedesboro, NJ 08085**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** NOTICE ONLY
Is the claim subject to offset? ■ No ☐ Yes

**3.110** **Nonpriority creditor's name and mailing address**
**Rick Jurewicz**
**157 Fairway Dr**
**Harleysville, PA 19438**
**Date(s) debt was incurred** 8.13.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,518.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**

Name

| No. | Nonpriority creditor's name and mailing address | Date(s) debt was incurred | Last 4 digits of account number | As of the petition filing date, the claim is: Check all that apply. | Basis for the claim | Is the claim subject to offset? | Amount |
|---|---|---|---|---|---|---|---|
| 3.111 | **Rise Alliance**<br>**22 W 38th St., 2nd Fl**<br>**New York, NY 10018** | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | loan consolidation | ■ No ☐ Yes | **Unknown** |
| 3.112 | **Robert Richards**<br>**955 Lee Rd**<br>**Hockessin, DE 19707** | 3.2.25 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Maintenance Services | ■ No ☐ Yes | **$2,490.00** |
| 3.113 | **Rocky Mountain Properties LP**<br>**500 Washington Ave S., Suite 3000**<br>**Minneapolis, MN 55415** | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | _ | ■ No ☐ Yes | **Unknown** |
| 3.114 | **Ryan Gorman**<br>**318 Price Dr**<br>**Middletown, DE 19709** | 8.5.26 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Product Owed | ■ No ☐ Yes | **$1,624.70** |
| 3.115 | **Ryan Spiegel**<br>**4621 S. Crescent Blvd**<br>**Pennsauken, NJ 08110** | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | NOTICE ONLY | ■ No ☐ Yes | **$0.00** |
| 3.116 | **Scott Ford**<br>**178 Canterbury Rd**<br>**Mount Laurel, NJ 08054** | 2.3.26 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Maintenance Services | ■ No ☐ Yes | **$1,490.00** |
| 3.117 | **Scott Frankel**<br>**11 E. Berkley Ave., #B**<br>**Clifton Heights, PA 19018** | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | NOTICE ONLY | ■ No ☐ Yes | **$0.00** |

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

3.118 **Nonpriority creditor's name and mailing address**
**Scott Hauseman**
**5 Virginia Ave**
**Reading, PA 19608**
**Date(s) debt was incurred** 12.17.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.119 **Nonpriority creditor's name and mailing address**
**Scott Zeigler**
**283 Schweitz Road**
**Fleetwood, PA 19522**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Judgment/Settlement
Is the claim subject to offset? ■ No ☐ Yes

3.120 **Nonpriority creditor's name and mailing address**
**Signapay Direct LLC**
**6440 N. Belt Line Rd., Suite 125**
**Irving, TX 75063**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2832

**As of the petition filing date, the claim is:** *Check all that apply.* **$129,742.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.121 **Nonpriority creditor's name and mailing address**
**Silver Falls LLC**
**701 Foulk Road, Suite 1A**
**Wilmington, DE 19803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,447.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** lawsuit
Is the claim subject to offset? ■ No ☐ Yes

3.122 **Nonpriority creditor's name and mailing address**
**Sinking Springs**
**Attn: Joe Schorn**
**1121 Telegraph Rd**
**West Chester, PA 19380**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Lease
Is the claim subject to offset? ■ No ☐ Yes

3.123 **Nonpriority creditor's name and mailing address**
**Smash My Trash**
**PO Box 218**
**DE 19832**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.124 **Nonpriority creditor's name and mailing address**
**Southmont LLC**
**Dept 458501-21520-00083432**
**PO Box 809217**
**Chicago, IL 60680**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$110,127.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** lease
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

3.125 **Nonpriority creditor's name and mailing address**
**Square Funding LLC dba Sq Advance**
**7901 4th St N**
**Saint Petersburg, FL 33702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$198,312.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** lawsuit
Is the claim subject to offset? ■ No ☐ Yes

3.126 **Nonpriority creditor's name and mailing address**
**Square Inc.**
**1455 Market St., Suite 600**
**San Francisco, CA 94103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.127 **Nonpriority creditor's name and mailing address**
**Stacy Swann**
**112 Bulle Rock Dr**
**Centreville, MD 21617**
**Date(s) debt was incurred** 7.26.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

3.128 **Nonpriority creditor's name and mailing address**
**Steve Nudd**
**103 Lakewood Dr**
**Coatesville, PA 19320**
**Date(s) debt was incurred** 3.13.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,267.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.129 **Nonpriority creditor's name and mailing address**
**Steve Reilly**
**110 Ovington Rd**
**19067**
**Date(s) debt was incurred** 8.18.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$249.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.130 **Nonpriority creditor's name and mailing address**
**Steven Heath**
**313 Oak Rd**
**Glenside, PA 19038**
**Date(s) debt was incurred** 1.9.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,267.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

3.131 **Nonpriority creditor's name and mailing address**
**Superior Moving and Storage, Inc.**
**PO Box 17795**
**Philadelphia, PA 19135**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**

Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.132 | **Superior Wellness**<br>**106 Logistics Drive**<br>**Cameron, SC 29030**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$50,000.00** |
| 3.133 | **Susan Dinardo**<br>**1297 Irma Rd**<br>**Warminster, PA 18974**<br>**Date(s) debt was incurred** 2.15.26<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Product Owed<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,558.14** |
| 3.134 | **Susan Ford**<br>**78 Canterbury Rd**<br>**Mount Laurel, NJ 08054**<br>**Date(s) debt was incurred** 2.3.26<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,490.00** |
| 3.135 | **Susan Polomski**<br>**10 Ely Farm Ln**<br>**Newtown, PA 18940**<br>**Date(s) debt was incurred** 5.23.26<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Product Owed<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,679.84** |
| 3.136 | **The Hartford**<br>**One Hartford Plaza**<br>**690 Asylum Ave**<br>**06155**<br>**Date(s) debt was incurred** 33WECAH2PXH<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.137 | **Thomas Helmig**<br>**10 Springton point Dr**<br>**Newtown Square, PA 19073**<br>**Date(s) debt was incurred** 7.14.26<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,490.00** |
| 3.138 | **Thomas Helmig**<br>**10 Springton Point Dr**<br>**Newtown Square, PA 19073**<br>**Date(s) debt was incurred** 7.14.26<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,490.00** |

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**

Name

3.139 **Nonpriority creditor's name and mailing address**
**Thryv**
**PO Box 619009**
**Dallas, TX 75261**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.140 **Nonpriority creditor's name and mailing address**
**Tim Earle**
**730 Harriton Rd**
**Bryn Mawr, PA 19010**
**Date(s) debt was incurred** 8.19.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$422.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

---

3.141 **Nonpriority creditor's name and mailing address**
**Todd Breck**
**37 Old Guyencourt Rd**
**Wilmington, DE 19807**
**Date(s) debt was incurred** 2.3.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

---

3.142 **Nonpriority creditor's name and mailing address**
**Tom Landauer**
**540 Cowpath Rd**
**Hatfield, PA 19440**
**Date(s) debt was incurred** 7.17.26
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Maintenance Services
Is the claim subject to offset? ■ No ☐ Yes

---

3.143 **Nonpriority creditor's name and mailing address**
**Troy N. Draughn**
**119 Hayes St**
**Chester, PA 19013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** NOTICE ONLY
Is the claim subject to offset? ■ No ☐ Yes

---

3.144 **Nonpriority creditor's name and mailing address**
**Troy Tradewell**
**385 Creek Rd**
**Doylestown, PA 18901**
**Date(s) debt was incurred** 11.11.25
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,598.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Product Owed
Is the claim subject to offset? ■ No ☐ Yes

---

3.145 **Nonpriority creditor's name and mailing address**
**Turchiarolo's Lawn Service**
**PO Box 218**
**DE 19832**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

| | | |
|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address**<br>**US Small Business Administration**<br>**409 3rd St, SW**<br>**Washington, DC 20416**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 8100 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Disaster COVID-19 Economic Injury<br>Is the claim subject to offset? ■ No ☐ Yes |
| | | **$475,814.05** |
| 3.147 | **Nonpriority creditor's name and mailing address**<br>**Wellis USA**<br>**20801 Biscayne Blvd, Suite 403**<br>**Office 415**<br>**Miami, FL 33180**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes |
| | | **$250,000.00** |
| 3.148 | **Nonpriority creditor's name and mailing address**<br>**Wells Fargo Retail Services**<br>**MAC F0006-06B P.O. Box 10373**<br>**Des Moines, IA 50306**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes |
| | | **Unknown** |
| 3.149 | **Nonpriority creditor's name and mailing address**<br>**Wex Bank**<br>**P.O. Box 639**<br>**1 Hancock St**<br>**Portland, ME 04104-0639**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes |
| | | **$11,000.00** |
| 3.150 | **Nonpriority creditor's name and mailing address**<br>**William Jones**<br>**10 Chesterton Dr**<br>**Landenberg, PA 19350**<br>**Date(s) debt was incurred** 7.14.26<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Maintenance Services<br>Is the claim subject to offset? ■ No ☐ Yes |
| | | **$1,490.00** |
| 3.151 | **Nonpriority creditor's name and mailing address**<br>**Worldpay**<br>**8500 Governors Hill Dr**<br>**Cincinnati, OH 45249**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 5682 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes |
| | | **$109,105.00** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Amanda H. Halstead**<br>**Halstead & Zaloudek, LLC**<br>**600 17th St., Suite 2800S**<br>**Denver, CO 80202** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Cornerstone Law Firm LLC**<br>**8500 Allentown Pike**<br>**Blandon, PA 19510** | Line **3.119**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Eckman Seamans Cherin & Mellott, LLC**<br>**Two Liberty Place**<br>**50 S. 16th St, 22nd FL**<br>**Philadelphia, PA 19102** | Line **3.76**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **H. Fintan McHugh, Esq**<br>**Petrikin, Wellman, Damico, Brown & Petro**<br>**109 Chesley Dr**<br>**Media, PA 19063** | Line **3.40**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Jack Madeb, Esquire**<br>**Madeb Law PLLC**<br>**2433 Knapp Street**<br>**Suite 203A**<br>**Brooklyn, NY 11235** | Line **3.125**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **James J. Meehan, III, Esquire**<br>**221 Main Street**<br>**Wilmington, DE 19804** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Joel A. Ready, Esq**<br>**Cornerstone Law Firm, LLC**<br>**8500 Allentown Pike, Suite 3**<br>**Blandon, PA 19510** | Line **3.49**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Kierstin M. Lange, Esquire**<br>**Zarwin Baum DeVito Kaplan Schaer & Toddy**<br>**2005 Market Street, 16th Floor**<br>**Philadelphia, PA 19103** | Line **3.53**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Kierstin M. Lange, Esquire**<br>**Zarwin Baum DeVito Kaplan Schaer & Toddy**<br>**2005 Market Street, 16th Floor**<br>**Philadelphia, PA 19103** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Kierstin M. Lange, Esquire**<br>**Zarwin Baum DeVito Kaplan Schaer & Toddy**<br>**2005 Market Street, 16th Floor**<br>**Philadelphia, PA 19103** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Kierstin M. Lange, Esquire**<br>**Zarwin Baum DeVito Kaplan Schaer & Toddy**<br>**2005 Market Street, 16th Floor**<br>**Philadelphia, PA 19103** | Line **3.124**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Kurt E. Nachtman, Esq**<br>**Silverman Thompson Slutkin & White**<br>**400 E. Pratt St., Suite 900**<br>**Baltimore, MD 21202** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |

Debtor **Half Price Hot Tubs, LLC** Case number (if known) **26-13888**
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Kyle F. Eingorn, Esquire**<br>**Dembo Brown & Burns LLp**<br>**1300 Route 73, Suite 205**<br>**Mount Laurel, NJ 08054** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Leo M. Gibbons, Esq**<br>**MacElree Harvey Ltd**<br>**17 W. Miner St**<br>**PO Box 660**<br>**West Chester, PA 19381** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Matthew Epstein, Esq**<br>**PA Dept of Labor & Industry**<br>**Governor's Office of General Counsel**<br>**651 Boas St, 10th Fl**<br>**Harrisburg, PA 17121** | Line **2.29**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Robert J. Brich, Esquire**<br>**PO Box 1133**<br>**North Wales, PA 19454** | Line **3.49**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Robinson Waters & O'Dorisio**<br>**1099 18th St., Unit 2600**<br>**Denver, CO 80202** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Tracy L. Ashmore, Esq**<br>**Robinson Waters & O'Dorisio, PC**<br>**1099 18th St, Suite 2600**<br>**Denver, CO 80202** | Line **3.113**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Yonatan Klestzick, Esq**<br>**Lieberman and Klestzick, LLP**<br>**PO Box 356**<br>**Cedarhurst, NY 11516** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ 771,054.76 |
| **5b. Total claims from Part 2** | 5b. | + | $ 3,767,331.36 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 4,538,386.12 |