**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>HALF PRICE HOT TUBS, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 26-13888-djb |

**NOTICE OF ADDRESS CHANGE**

PLEASE TAKE NOTICE that the following addresses submitted to the Clerk at the United States Bankruptcy Court for the Eastern District of Pennsylvania have been updated to:

Bluevine Financial
500 Arguello St., Floor 3
Redwood City, CA 94063

Smash My Trash
c/o Franco Stipa
PO Box 38
Bridgeport, PA 19481

Turchiarolo's Lawn Service
PO Box 218
Folcroft, PA 190323

Dated: September 25, 2026

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Holly S. Miller*
Holly S. Miller (PA 203979)
901 Market St., Suite 3020
Philadelphia, PA 19107
Telephone: (215) 238-0015
Email: hsmiller@gsbblaw.com

*Attorneys for Debtor*